| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Tarun Mehta
3500 One Kansas City Place, 1200 Main Street
Kansas City, MO 64105
(816) 374-3200 (Telephone)
(816) 374-3300 (Facsimile)



FILED ORIGINAL
07 NOV -1 AM 11: 00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TRENT JONES II, INC., and
ROBERT TRENT JONES
LICENSING GROUP, LLC

    Plaintiff(s),

v.

GFSI, INC. d/b/a GEAR FOR SPORTS,
INC.

    Defendant(s).

CASE NO. 07-4913 EDL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Tarun Mehta, an active member in good standing of the bar of See Attached List, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant GFSI, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jennifer A. Jackson, BRYAN CAVE LLP
   120 Broadway, Ste. 300, Santa Monica, CA 90401 (310) 576-2100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct 30, 2007

## TARUN MEHTA

### Admissions to Court

The United States District Court for the Western District of Missouri

The United States District Court for the District of Kansas

The United States Court of Appeals for the Tenth Circuit.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2305.

On October 31, 2007, I served the foregoing document, described as **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on each interested party in this action, as follows:

| | |
|---|---|
| Richard Levine<br>Levine & Baker LLP<br>Suite 400<br>One Maritime Plaza,<br>San Francisco, CA 94111 | Attorney for Plaintiffs |
| Joseph V. Norvell<br>Joeseph T. Kucala<br>Norvell IP LLC<br>1776 Ash Street<br>Northfield, IL 60093 | Attorney for Plaintiffs |

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on October 31, 2007, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Susan Gordon

SM01DOCS656910.1

Application for Approval of Substitution of Attorney