FILED

07 NOV 26 FH 2:09

U.S. DISTRICT COURT

| Clerk's Use Only |
| Initial for fee pd.: |

Jay M. Burgett, Illinois SB# 6285841
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (312) 659-7157

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ROBERT TRENT JONES II, INC., and
ROBERT TRENT JONES LICENSING
GROUP, LLC

Plaintiff(s),

v.

GFSI, INC. d/b/a GEAR FOR SPORTS,
INC.

Defendant(s).

CASE NO. 07-4913EDL

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Jay M. Burgett , an active member in good standing of the bar of See Attached List , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Richard E. Levine, LEVINE & BAKER
One Maritime Plaza, Suite 400, San Francisco, CA 94111 (415) 391-8177

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/21/07

## JAY M. BURGETT

### Admissions to Court

Illinois Supreme Court

United States District Court for the Northern District of Illinois