Joseph T. Kucala, Jr., Illinois SB# 6275312
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (630) 453-8380

**FILED**
07 NOV 26 PM 2:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TRENT JONES II, INC., and
ROBERT TRENT JONES LICENSING
GROUP, LLC

    Plaintiffs,

v.

GFSI, INC. d/b/a GEAR FOR SPORTS,
INC.

    Defendant(s).

CASE NO. 07-CV-4913

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Joseph T. Kucala, Jr., an active member in good standing of the bar of See Attached List, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Richard E. Levine, LEVINE & BAKER
One Maritime Plaza, Suite 400, San Francisco, CA 94111 (415) 391-8777

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2007

## JOSEPH T. KUCALA, JR.

### Admissions to Court

Illinois Supreme Court

United States District Court for the Northern District of Illinois

United States District Court for the Eastern District of Wisconsin