IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendant. | Case No. 07-CV-04913-EDL<br><br>DECLARATION OF MS. MARY K. HADLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:     January 8, 2008<br>Time:    2:00 p.m.<br>Judge:   Elizabeth D. Laporte |

1. I am employed full-time by the law firm Norvell IP llc as a paralegal. I have been a paralegal for the past year. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. On July 11, 2007, I visited the website, www.ebay.com. On the website, I conducted a search of "Robert Trent Jones" and came to the store hosted by Hockabees. I purchased a single Robert Trent Jones Lisle Classic Polo Shirt from this site. True and correct copies of the receipts for this transaction are attached as Exhibit A. I received this shirt on July 21, 2007. True and correct photographs of the shirt are attached as Exhibit B.

3. On July 11, 2007, I visited the website of The Golf Warehouse at www.tgw.com. On the website, I conducted a search of "Robert Trent Jones." I purchased a single Robert Trent Jones Jacquard Stripe Polo from the website. A true and correct copy of the receipt for this transaction is attached as Exhibit C. I received this shirt on July 17, 2007. True and correct photographs of the shirt are attached as Exhibit D.

4. On November 21, 2007, I visited the website of The Golf Warehouse at www.tgw.com and I searched for "Robert Trent Jones." The results of this search produced a listing of various golf apparel products for sale under the Robert Trent Jones brand. A true and correct printout of the search results is attached to this declaration as Exhibit E. I also clicked on one of the items for sale and determined that the product is still for sale. A true and correct printout of this particular item is attached to this declaration as Exhibit F.

5. On November 13, 2007, I visited the website of The Golf Warehouse at www.tgw.com. The website describes The Golf Warehouse as "committed to being your discount retailer of golf equipment and apparel over the internet." Attached hereto as Exhibit G is a true and correct copy of a portion of The Golf Warehouse's website.

6. On November 13, 2007, I visited the website of Hockabees at www.hockabees.com. The landing page for this website advertises "Robert Trent Jones golf priced at 50% off and more." A true and correct printout of this website is attached to this declaration as Exhibit H. The website also lists several different Robert Trent Jones articles of apparel offered for sale or bidding. A true and correct printout of one particular item is attached to this declaration as Exhibit I.

7. On November 13, 2007, I visited the website of Syms Corporation, www.syms.com. The website describes Syms Corporation as the "Off-Price representative of over 200 authentic designers . . .". Attached hereto as Exhibit J is a true and correct copy of a portion of Syms Corporation's website.

8. On November 13, 2007, I visited the website of Gabriel Brothers, www.gabrielbrothers.com. The website describes Gabriel Brothers as "a unique off-price retail company that gives shoppers fantastic deals on a wide selection of name brand merchandise." Attached hereto as Exhibit K is a true and correct copy of a portion of Gabriel Brother's website.

9. On November 26, 2007, I visited the website of Stein Mart, www.steinmart.com. The website states "all [products] are at prices 20% to 60% below department stores and specialty shops." Attached hereto as Exhibit L is a true and correct copy of a portion of Stein Mart's website.

10. On November 26, 2007, I visited the website of Neiman Marcus Last Call, http://www.nmlastcallclearancecenter.com. The website states that all of its products are at "savings of 30% to 65% (or more!) off original Neiman Marcus prices!" Attached hereto as Exhibit M is a true and correct copy of a portion of Neiman Marcus Last Call's website.

11. I received a copy of The Golf Warehouse Holiday 2007 catalog in the mail. The catalog includes the page "Great Deals on Robert Trent Jones" and advertises Robert Trent Jones apparel at 50% off. Attached hereto as Exhibit N is a true and correct copy of a portion of the catalog.

12. On November 28, 2007, I visited the website of GFSI, www.gearforsports.com. Attached hereto as Exhibit O is a true and correct printout of portions of this website.

13. On November 21, 2007, I visited the website www.secinfo.com and searched for filings for GFSI. Attached hereto as Exhibit P is a true and correct copy of portions of a printout from the website associated with a GFSI 2005 10-Q filing.

14. On November 28, 2007, I visited the Under Armour website at www.underarmour.com and visited the section for Investor Relations. Attached hereto as Exhibit Q is a true and correct printout of a news release on the website.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of November, 2007, in Northfield, Illinois.

*Mary K. Hadley*

Mary K. Hadley