Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (pro hac vice pending)
Joseph T. Kucala (pro hac vice pending)
Jay M. Burgett (pro hac vice pending)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jnorvell@norvellip.com

FILED
07 DEC -3 PM 3:20
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendants. | **Case No. 07-CV-04913-EDL**<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Magistrate Judge Elizabeth D. Laporte** |

PLEASE TAKE NOTICE that plaintiffs, Robert Trent Jones II, Inc. ("RTJ2, Inc.") and Robert Trent Jones Licensing Group, LLC ("RTJ Licensing") file this Notice and Administrative Motion to File Under Seal the Declaration of Thomas B. Zetlmeisl. This declaration, a redacted

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

version of which will be lodged with the various other papers in support of Plaintiffs' Motion For Preliminary Injunction, refers to and attaches exhibits disclosing the identities of Defendant GFSI's customers, the prices certain of those customers pay for products sold by GFSI, and other GFSI financial information.

Section 12.10 of the License Agreement between the parties, the alleged breaches of which are the bases for certain of the claims for relief in this case, require the parties to "maintain in confidence all Proprietary Information provided to each other . . ." A true and correct excerpt of the License Agreement, containing said Section 12.10, is attached hereto as an exhibit to the declaration of Richard E. Levine, Esq.

Plaintiffs submit this administrative motion in order to protect Defendant GFSI's rights, should GFSI regard the material redacted from the Zetlmeisl Declaration and attached exhibits (particularly GFSI's pricing information) proprietary. Plaintiffs do not, by moving to file this material under seal, seek to vindicate or protect any of their own interests.

Submitted herewith, to be lodged with the Court, are (in sealed envelopes) unredacted originals of the Zetlemeisl Declarations with unredacted exhibits, as well as the redacted version that Plaintiffs propose be filed without sealing. Also submitted is the Declaration of Mr. Levine attaching the relevant excerpt from the License Agreement. Finally, submitted herewith is a proposed order.

Respectfully submitted,

Richard Levine
LEVINE & BAKER LLP

Joseph V. Norvell (pro hac vice pending)

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

2

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

Joseph T. Kucala (pro hac vice pending)
Jay M. Burgett (pro hac vice pending)
NORVELL IP LLC

Attorneys for Plaintiff
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

3