## PROOF OF SERVICE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

FILED

Case Name:   ROBERT TRENT JONES II, INC., et al. v. GFSI, INC.
Court No.:   07-CV-04913EDL

I am employed in the City & County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Maritime Plaza, Suite 400, San Francisco, CA 94111.

On December 3, 2007, I served the foregoing document(s) on the interested parties as indicated below:

**DOCUMENT(S) SERVED:**
NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF RICHARD E. LEVINE
[PROPOSED] ORDER PERMITTING FILING UNDER SEAL

**PARTY(IES) SERVED:**
Jennifer A. Jackson
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

**By Regular Mail.** I am "readily familiar" with the firm's practice for collection and process of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 3, 2007, at San Francisco, California.

_Kurt Bodden_
Kurt Bodden