Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (pro hac vice pending)
Joseph T. Kucala (pro hac vice pending)
Jay M. Burgett (pro hac vice pending)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendants. | Case No. 07-CV-04913-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Magistrate Judge Elizabeth D. Laporte |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1  The undersigned party hereby declines to consent to the assignment of this case to a United
2  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this
3  case to a United States District Judge.

Respectfully submitted,

Dated: 12-10-07

*/s/ Richard Levine*
Richard Levine
LEVINE & BAKER LLP

Joseph V. Norvell (pro hac vice pending)
Joseph T. Kucala (pro hac vice pending)
Jay M. Burgett (pro hac vice pending)
NORVELL IP LLC

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC