UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Trent Jones II, Inc. et al.

          Plaintiff(s),

   v.

GFSI, Inc. et al

          Defendant(s).
_____/

Case No. C 07-04913 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12-13-07

                                                                                      */s/ Robert Trent Jones*
                                                               Robert Trent Jones II, Inc.
                                                               Robert Trent Licensing Group, LLC

Dated: 12-14-07

                                                               */s/ R. Levine*
                                                               Richard E. Levine
                                                               Joseph V. Norvell
                                                               Counsel for Plaintiffs