FILED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

ROBERT TRENT JONES II, INC., and
ROBERT TRENT JONES
LICENSING GROUP, LLC

CASE NO.

Plaintiff(s),

v.

GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert J. Hoffman, an active member in good standing of the bar of See Attached List whose business address and telephone number (particular court to which applicant is admitted) is

BRYAN CAVE LLP, 3500 One Kansas City Place, 1200 Main Street, Kansas City, MO 64105
(816) 374-3200 (Telephone)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant GFSI, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Nov 19, 2007

_____
United States Magistrate Judge
Elizabeth D. Laporte