UNITED STATES DISTRICT COURT

Northern District of California

ROBERT TRENT JONES II, INC. and
ROBERT TRENT JONES LICENSING
GROUP, LLC

                Plaintiffs,

v.

GFSI, INC. d/b/a GEAR FOR SPORTS,
INC.

                Defendants.

Case No. 07-4913EDL

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

      Joseph V. Norvell, an active member in good standing of the bar of the Illinois Supreme Court, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the Western District of Wisconsin, whose business address and telephone number are NORVELL IP LLC, 1776 Ash Street, Northfield, IL 60093, (847) 809-2212, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFFS ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

3
4  Dated: Nov 27, 2007                    [signature]

5                                          United States Magistrate Judge
                                           Elizabeth D. Laporte