1

2

UNITED STATES DISTRICT COURT

3



Northern District of California

4

5

6     ROBERT TRENT JONES II, INC. and
      ROBERT TRENT JONES LICENSING
7     GROUP, LLC                                    **Case No. 07-4913EDL**

8                              Plaintiffs,           (Proposed)
                                                     **ORDER GRANTING APPLICATION**
9                    v.                              **FOR ADMISSION OF ATTORNEY**
                                                     **PRO HAC VICE**
10    GFSI, INC. d/b/a GEAR FOR SPORTS,
      INC.
11

12                             Defendants.

13
              Joseph T. Kucala, Jr., an active member in good standing of the bar of the Illinois
14
      Supreme Court, the United States District Court for the Northern District of Illinois, and the
15
      United States District Court for the Eastern District of Wisconsin, whose business address and
16
      telephone number are NORVELL IP LLC, 1776 Ash Street, Northfield, IL 60093, (630) 453-
17
      8380, having applied in the above-entitled action for admission to practice in the Northern
18
      District of California on a *pro hac vice* basis, representing PLAINTIFFS ROBERT TRENT
19
      JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC.
20
              IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21
      conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22
      *vice.* Service of papers upon and communication with co-counsel designated in the application
23
      will constitute notice to the party. All future filings in this action are subject to the requirements
24
      contained in General Order No. 45, *Electronic Case Filing.*
25

1   Dated: *Nov 27, 2007*

2                                           United States Magistrate Judge
                                            Elizabeth D. Laporte
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25