IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT TRENT JONES II INC. et al.,
    Plaintiff(s),

v.

GFSI, INC.,
    Defendant(s).
    _____/

No. C-07-4917-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Plaintiff's Motion for Prelim**in**ary Injunction on January 25, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The Case Management Conference will be set after the motion is heard.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    December 19, 2007                    FOR THE COURT,

Richard W. Wieking, Clerk

By: <u>T. De Martini</u>
      Courtroom Deputy Clerk