**BRYAN CAVE LLP**
Jennifer A. Jackson (SBN 192998)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
jjackson@bryancave.com

**BRYAN CAVE LLP**
Robert J. Hoffman (*Pro Hac Vice*)
Tarun Mehta (*Pro Hac Vice*)
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone:   (816) 374-3200
Facsimile :   (816) 374-3300

Attorneys for Defendant
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT TRENT JONES II, INC., and ROBERT TRENT JONES LICENSING GROUP, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC., <br><br>Defendant. | Case No. C07-04913-EDL <br><br>**NOTICE OF SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT** |

SM01DOCS\664047.1

NOTICE OF SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT

Defendant GFSI, Inc. d/b/a Gear for Sports, Inc. ("GFSI") files this Notice of Supplement to the Joint Case Management Statement to provide the signature of Defendant's counsel on the Joint Case Management Statement, attached hereto as Exhibit A.

Dated:  January 3, 2008

Respectfully submitted,

**BRYAN CAVE LLP**
Jennifer A. Jackson
Robert J. Hoffman
Tarun Mehta


By:  s/Tarun Mehta
     Tarun Mehta
Attorneys for Defendant
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\664047.1

1

NOTICE OF SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT

# PROOF OF SERVICE

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action. My business address is 1200 Main Street, Suite 3500, Kansas City, MO 64105.

On January 3, 2008, I served the foregoing document, described as **NOTICE OF SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT** on each interested party in this action, as follows:

## SEE ATTACHED LIST

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Kansas City, Missouri. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on January 3, 2008, at Kansas City, Missouri.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lisa Deacy

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\664047.1

PROOF OF SERVICE

**SERVICE LIST**

Richard Levine                                   Attorney for Plaintiffs
Levine & Baker LLP
One Maritime Plaza, Suite 400                    Tel:  (415) 391-8177
San Francisco, CA 94111                          Fax:  (415) 391-8848

Joseph V. Norvell                                Attorneys for Plaintiffs
Joeseph T. Kucala
Jay M. Burgett, Esq.                             Tel:  (847) 809-2212
Norvell IP LLC                                   Fax:  (312) 268-5063
1776 Ash Street
Northfield, IL 60093


Robert J. Hoffman                                Defendant Co-Counsel
Tarun Mehta, Esq.
Bryan Cave LLP                                   Tel:  816) 374-3200
3500 One Kansas City Place                       Fax:  (816) 374-3300
1200 Main Street
Kansas City, MO 64105

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\664047.1

PROOF OF SERVICE