**18. TRIAL:**

Plaintiffs have demanded a jury trial. The parties expect that the trial will last four to five court days.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

Pursuant to Civil L.R. 3-16, Plaintiffs certify that as of this date, other than the named parties, there is no such interest to report. Pursuant to Civil L.R. 3-16, Defendant certifies that as of this date, other than the named party, there is no such interest to report.

**20. OTHER MATTERS:**

The parties are not aware of any other matters.

Respectfully submitted,

Dated: January 2, 2008

Richard E. Levine
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
Norvell IP llc
1776 Ash Street
Northfield, Illinois 60093
Telephone:   (630) 453-8380
Facsimile:    (312) 268-5063
jkucala@norvellip.com