# EXHIBIT C

RTJ Sales with Credit Memos

| Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|
| Golf | 20563 | STEIN MART INCORPORATED    GF | 20-Jun-2006 | $6,801.00 |
| | 20563 | | 21-Jun-2006 | $18,717.00 |
| | 20563 | | 22-Jun-2006 | $6,117.00 |
| | 20563 | | 23-Jun-2006 | $666.00 |
| | 20563 | | 26-Jun-2006 | $1,962.00 |
| | 20563 | | 27-Jun-2006 | $1,740.00 |
| | 20563 | | 29-Jun-2006 | $420.00 |
| | 20563 | | 01-Jul-2006 | $504.00 |
| | 20563 | | 06-Jul-2006 | $504.00 |
| | 20563 | | 25-Sep-2006 | $18,147.00 |
| | 20563 | | 26-Sep-2006 | $2,106.00 |
| | 20563 | | 27-Sep-2006 | $24,294.00 |
| | 20563 | | 28-Sep-2006 | $32,901.00 |
| | 20563 | | 29-Sep-2006 | $20,346.00 |
| | 20563 | | 30-Sep-2006 | $2,265.00 |
| | | | | Sum: $137,490.00 |

RTJ Sales with Credit Memos

| Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|
| Golf | 21589 | NEIMAN MARCUS   GF | 20-Sep-2006 | $5,724.00 |
| | 21589 | | 23-Sep-2006 | $47,451.99 |
| | 21589 | | | Sum: $53,175.99 |

RTJ Sales with Credit Memos

| Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|
| Secondary Markets | 10324 | SYMS CORPORATION | 19-Oct-2006 | $6,412.00 |
| | 10324 | | 25-Oct-2006 | $8,145.00 |
| | 10324 | | 27-Oct-2006 | $43,388.00 |
| | | | | Sum: $57,945.00 |

SALES BY CUSTOMER  for GABRIEL BROTHERS

| Lob Number | Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|---|
| 85 | Secondary Markets | 10695 | GABRIEL BROTHERS | 23-Feb-2007 | $20,672.00 |
| | | 10695 | GABRIEL BROTHERS | 12-Jun-2007 | $3,861.00 |
| | | 10695 | GABRIEL BROTHERS | 13-Jun-2007 | $4,221.00 |
| | | 10695 | GABRIEL BROTHERS | 28-Sep-2007 | $6,372.00 |
| | | | | | Sum: $35,126.00 |
| | | | | | Sum: $35,126.00 |
| | | | | | Sum: $35,126.00 |

RTJ Sales with Credit Memos

| Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|
| Secondary Markets | 17336 | HOCKABEES | 25-May-2007 | $582.50 |
| | 17336 | | 23-Oct-2007 | $230.00 |
| | | | | Sum: $812.50 |

RTJ Sales with Credit Memos

| Customer Type | Cust # | Customer | Invoice Date | Net Sales |
|---|---|---|---|---|
| Golf | 22263 | THE GOLF WAREHOUSE LLC | 05-May-2006 | $341.00 |
| | 22263 | | 16-May-2006 | $18,972.00 |
| | 22263 | | 17-Aug-2006 | $11,440.00 |
| | 22263 | | 01-Nov-2006 | $19,844.00 |
| | 22263 | | 22-Jan-2007 | $260.00 |
| | 22263 | | 14-Feb-2007 | $18,360.00 |
| | 22263 | | 08-Jun-2007 | $325.00 |
| | 22263 | | 19-Jun-2007 | $14,201.00 |
| | 22263 | | 22-Jun-2007 | $8,179.00 |
| | 22263 | | 31-Aug-2007 | $4,620.00 |
| | 22263 | | 12-Sep-2007 | $216.00 |
| | 22263 | | 18-Sep-2007 | $21,542.00 |
| | | | | Sum: $118,300.00 |