# EXHIBIT D

GEAR For Sports
9700 Commerce Parkway
Lenexa, Kansas 66219

913-693-3300
fax 913-693-3908
www.gearforsports.com

Mr. Robert Trent Jones, Jr.
705 Forest Ave.
Palo Alto, CA 94301

July 13, 2007

Dear Bob,

Thank you for your letter dated July 3rd and your response to our Marketing, Distribution, Financial and Quality Plan. I would like to reply to your comments as stated in your letter:

Company Information section relating to staffing.
- I do not understand your concerns with the plan. We have reorganized our Brand Management and Sales Management structure for our entire organization to better manage our company. We have actually added staffing to the RTJA brand by adding Angela Resch, Vice President, General Manager of our Leisure Division to the Brand Management to better manage our sales forecasting and product assortments. We have also added the responsibility of RTJ sales to Jim Malseed's role. Jim is our Senior Vice President of Sales who manages all sales of our company. We have increased our regional sales management in Golf by focusing Avon Knott to sales in the Illinois territory and we added Mr. Joe Streck to the role of Eastern Regional Sales Manager of Green Grass Golf. Tim Conlin continues in his role of product development with added support resources from a larger design department, including Bea Barton, who has been a key to the development of RTJA from the inception

You requested 2006 goals for GFSI. I will only focus on our goals for the RTJA brand which include:
- Develop, launch and ship a luxury performance polo shirt product line to attempt to expand the RTJA brand beyond luxury golf apparel. The goal was met by the development of the product representing about 25% of our polo shirt offering. We made this upgrade to the fabrication even though our profit margins were negatively impacted because we felt it was the right thing to do for the brand. We made a major statement with that product in our fall 2007 catalog and it was our dominant story for the 2007 PGA Show. We shipped the product in spring 2007 with no significant impact on our business or bookings. We will continue to offer and sell the product for fall 2007 and spring 2008.
- Meet or exceed the RTJA sales goal of ▓▓▓▓▓▓ for the second year of our contract. We planned for the sales and we built a product offering that met the goals of the brand for fall 2006 and a spring 2007. To help increase sales volume, we purchased inventories to meet the sales plan and we planned and maintained capacity in warehousing and decoration to meet those goals. We planned incentives to drive the business through our sales force including MDF funds, Sales programs encouraging sales of the RTJ brand, promotional pricing on RTJ products during certain periods of the year and Sales programs for Management Companies



- ▪ [REDACTED]

- ▪ Improve the effectiveness of the sales effort at the PGA Show and increase the power of our presence by combining all four brands into one massive space on the main isle of the show. We did make the move and combined the brands on the main isle with the partnership of Reed, the PGA Show promoter. There was improved efficiency by having the customers, sales reps, sales management, brand management and graphic management in one location. [REDACTED]

- ▪ Sell the excess inventory and get our inventory to a healthier position by fiscal year end 2007. [REDACTED] Unfortunately we created more excess in 2007 than we liquidated by [REDACTED] our sales budget as described above.

We reviewed our sales history and bookings during 2007 in an attempt to better define the strengths of the RTJA product offerings and came up with the following fact based analysis:

  - The foundation of the business lies in the knit shirt segment of the business where approxamately 70% of the business is generated.
  - We do not have the customer base or the ability to sell luxury sweaters and outerwear in ample quantities to commercially manufacture them.
  - Our trouser and golf short business is non existent and this is not a business that is sustainable over time in the Green Grass Golf business.
  - We developed, launched and attempted to sell yarn dyed button down woven sport shirts in our 2007 product offering based on requests from our sales management and sales representatives. We selected a shirt manufacturer to make these high quality products which required very low unit minimum purchase requirements because of our small volume base and we were unable to sell commercially reasonable quantities. We had to cancel production of these shirts based on a lack of pre season sales on this product.
  - We focused our future development of textures and patterns on those patterns and textures we had had success with in the past. Our product offerings were well received by RTJII.

Our vision to expand the RTJ golf image beyond golf course architecture by interpreting our vision and values into imaginative well crafted golf apparel needs to be redefined since the existing strategy is not a strategy that can be profitably sustained due to the limited unit sales results we have experienced from the products we are currently approved to manufacture under our licensing agreement.

We have developed a spring 2008 product offering that has added more youthful looks and new fabrications in an attempt to freshen the appearance of the existing product line.

We continue to be challenged by our inability to sell RTJA in the number of units necessary to meet our minimum production requirements of the high quality factories that are capable of making the quality level of product required by our licensing agreement.

The Green Grass Golf business has seen the mid market brands lose market share to performance brands. The units of high priced luxury cotton product have diminished as well because Green Grass Golf consumers have moved to performance fabrications linked to performance brands.

You asked us to provide a vision that meets the expectations of the agreement but with our existing limitations of products approved in the contract, we will continue to struggle, as have the other double mercerized brands in golf today. To date, we have not seen any of our luxury competitors make any significant changes to their product styling and mix beyond those adjustments we have discussed above to adapt to the changing market. We have considered adding a grouping of quality golf apparel products aimed at lower price points to hit a broader range of consumers but with the loss of market share by the leading brands in these price points, we do not believe this is a viable option. There may other branding opportunities outside of the Green Grass market with department stores like Macy's and Dillard's. If there is an interest in this concept with RTJII we would be happy to have the conversation.

Five year goals for the RTJA brand at GFSI need to be broken down into short term goals and long term goals.
- Short term, we need to find a way to escalate the annual sales revenue to a level that allows us to effectively produce the RTJA products.
- We need to reduce our inventories and liquidate the excess products we have on hand while reducing the creation of future excess in future seasons.
- We need to increase our distribution of RTJA into a greater number of Green Grass accounts who have the ability to be successful with the products. To accomplish this goal we need to gain a deeper understanding of the reasons for the fall off of accounts. We have polled customers, sales reps, sales management, Management companies and industry experts such as the PGA Magazine staff, and AGM members. We need a more consistent measure of the level of success for key accounts who are not continuing to carry RTJA.
- We measure customer satisfaction internally and RTJA brand represents our lowest dissatisfaction brand as measured by returns.
- We need to significantly increase the number of RTJI and RTJII designed courses who carry RTJA and we need to do so within the next 12 months. We are currently selling less than 40 of the 360+ courses today and we need to increase that level to over 200 in the short term and maintain the sales volume on a long term basis.
- We need to maintain our sales presence in destination locations such as Arizona, Florida, Hawaii and California while expanding our sales penetration into a greater number of qualified accounts in non-destination territories.
- We need to continue to focus our product development into the key items sold in the golf market and in doing so we need to keep the product fresh and exciting while attempting to broaden the appeal of the product and brand to a wider range of golf consumers. We do not want to vacate our existing consumer; we want to widen the base to a bit younger consumer.
- We need to reverse the negative sales trend short term and then work on building the brand through extending the offering of product.
- Critical issues. We have sold RTJII apparel product with and with out the RTJA label. The purchases made by Neiman Marcus did not have the RTJ label or hang tags affixed; all other secondary market sales did include the RTJ labels and hang tags.
- From a tactical perspective we plan on maintaining the existing tactical plan including Field travel and market analysis, Seasonal sales meetings to train and coach the sales organization.
- Measure the results by territory and customer on a monthly basis with historical measurement and measurement against a sales goal by territory.
- Catalog and web site updates seasonally.

- Seasonal sales programs developed and promotional calendars established to help drive the business forward seasonally and measure against the goal.
- Sales rep training on an ongoing basis and scheduled training for new and challenged performers.
- More concentrated sales efforts with Golf Management companies.
- Continuation of the conference calls bi-weekly with sales people and sales management.
- Continued expansion of customer visits to Lenexa. This has produced increased sales by those who visit.

The distribution outlets will remain the same in future seasons focused on the core businesses we have been targeting for the past 12 months. We will not continue our efforts to sell specialty stores on a national basis.

The targeted End User is a male golfer between the ages of 35 and 70 years of age who has the financial ability to play golf at those locations that carry our products. He has the ability to belong to a country club or travel to destination golf resorts or retreats and pay the greens fees and lodging to do so.

Regarding financial data, I have sent you the sales by territory for our fiscal year ending 6/30/07. Please advise if you do not have this at hand. Regarding the balance sheet requirement, we do not create a balance sheet by division. We will provide you with a balance sheet on a corporate level if desired. Attached please find CFO certification.

Lastly, we provided Tali Jones with our marketing, distribution, financial and quality plan for 2006. She stated so in our meeting in Kansas City on Tuesday.

I hope you find this information to be more complete than our June 26th document. I look forward to meeting with you on Tuesday to further discuss our future.

Respectfully,

Larry Graveel

Attachment – CFO Certification