1  **BRYAN CAVE LLP**
2  Jennifer A. Jackson (SBN 192998)
   120 Broadway, Suite 300
3  Santa Monica, California  90401-2386
   Telephone:     (310) 576-2100
4  Facsimile:     (310) 576-2200
   jjackson@bryancave.com

5  **BRYAN CAVE LLP**
6  Robert J. Hoffman (*Pro Hac Vice*)
   Tarun Mehta (*Pro Hac Vice*)
7  3500 One Kansas City Place
   1200 Main Street
8  Kansas City, Missouri  64105
   Telephone:     (816) 374-3200
9  Facsimile :     (816) 374-3300

10 Attorneys for Defendant
   GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC., and ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.,<br><br>Defendant. | Case No. C07-04913-EDL<br><br>**PROOF OF SERVICE** |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

KC01DOCS890496

PROOF OF SERVICE

## **PROOF OF SERVICE**

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action. My business address is 1200 Main Street, Suite 3500, Kansas City, MO 64105.

On January 9, 2008, I served **DEFENDANT'S INITIAL DISCLOSURE UNDER RULE 26(a) OF THE FRCP,** on each interested party in this action, as follows:

| | |
|---|---|
| Richard Levine<br>Levine & Baker<br>One Maritime Plaza, Suite 400<br>San Francisco, CA 94111 | *Attorneys for Plaintiff*<br>Tel:415-391-8177<br>Fax: 415-391-8848<br>Email: relevine@levinebakerlaw.com |
| Joseph V. Norvell (pro hac vice)<br>Joseph T. Kucala (pro hac vice)<br>Jay M. Burgett ( pro hac vice)<br>Norvell IP llc<br>1776 Ash Street<br>Northfield, IL 60093 | *Attorneys for Plaintiff*<br>Tel: 630-453-8380<br>Fax: 312-268-5063<br>Email: jkucala@norvellip.com |

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Kansas City, Missouri. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (BY E-MAIL) I caused a true copy of the foregoing document to be served by e-mail transmission at the time shown on each transmission, to each interested party at the e-mail address shown above. Each transmission was reported as complete and without error.

Executed on January 9, 2008, at Kansas City, Missouri.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of Missouri that the foregoing is true and correct.

/s/ Lisa Deacy  
Lisa Deacy

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

KC01DOCS890496

PROOF OF SERVICE