**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC | |
| Plaintiffs, | Case No. 07-CV-04913 SC |
| v. | **SUPPLEMENTAL DECLARATION OF MS. MARY K. HADLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| GFSI, INC. d/b/a GEAR FOR SPORTS, INC. | |
| Defendant. | Date: January 25, 2008 Time: 10:00 a.m. Judge Samuel Conti |

**Supplemental Declaration of Ms. Mary K. Hadley**

1. On November 28, 2007, I executed a declaration, under penalty of perjury, in support of Plaintiffs' Motion for Preliminary Injunction. I now provide this supplemental declaration. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I have an Associate in the Arts degree in Apparel Design from Bauder College, formerly of Sacramento, CA. I am trained in technical patternmaking and manufacturing construction of apparel. I also have experience designing and constructing wedding apparel.

3. On January 10, 2008, I visited The Golf Warehouse's ("TGW") website at www.tgw.com. The website describes TGW's low price guarantee and states "Find a lower price and we will match it! It's that simple!" The website instructs consumers to "Take Advantage of TGW's Latest Price Matches!" and "If you find a lower price email us at lowprice@tgw.com." Also, the website states that "TGW.com constantly searches for golf's lowest prices so you don't have to." Attached hereto as Exhibit 1 is a true and correct copy of a portion of TGW's website.

4. On January 10, 2008, I visited TGW's website at www.tgw.com. The website describes TGW's discount prices as "SRPs represent what the manufacturers suggest we charge. They are for reference only." The website further states that "Suggested retail prices can . . . be used by you as a benchmark by which to compare our discounts from SRP to the discounts from SRP of other companies that sell golf equipment and apparel . . . ." Attached hereto as Exhibit 2 is a true and correct copy of a portion of TGW's website.

5. On January 10, 2008, I visited the TGW's website at www.tgw.com. The website contains a Manufacturer Exclusions list. The website states that "Items listed here are excluded from price promotions due to manufacturer restrictions." Notably, GFSI is not listed as an excluded manufacturer. Attached hereto as Exhibit 3 is a true and correct copy of a portion of TGW's website.

6. On January 10, 2008, I conducted a search of the terms "discount" and "golf" on Google's search engine. Notably, TGW is the first listing that appears in Google's Sponsored Links. Attached as Exhibit 4 is a true and correct copy of the first page of results returned by the Google search.

7. The Google search results attached as Exhibit 4 also reveal that Golf Discount.com appears in Google's Sponsored Links, along with TGW. On January 10, 2008, I visited Golf Discount.com's website at www.golfdiscount.com. The website reveals that Golf Discount.com sells similar products to TGW. Attached as Exhibit 5 is a true and correct copy of Golf Discount.com's homepage.

8. On January 11, 2008, I visited Golf Discount.com's website at www.golfdiscount.com. The website reveals that Golf Discount.com has a Low-Price Guarantee similar to that of TGW. The website states that "GolfDiscount.com provides you with peace of mind knowing that you are getting the absolute lowest price possible on the 'net . . . . If, within 30 days of purchase, you find a legitimate price from an **Authorized** Internet Retailer lower than that paid at GolfDiscount.com, we will gladly match that price as a courtesy." Attached as Exhibit 6 is a true and correct copy of a portion of Golf Discount.com's website.

9. The Google search results attached as Exhibit 4 also reveal that Rock Bottom Golf.com appears in the top ten search results. On January 11, 2008, I visited Rock Bottom Golf.com's website at www.rockbottomgolf.com. The website reveals that Rock Bottom Golf.com sells similar products to TGW. Attached as Exhibit 7 is a true and correct copy of Rock Bottom Golf.com's homepage. The website also states that "Rock Bottom Golf

has evolved into one of the top discount golf retailers in the world." Attached as Exhibit 8 is a true and correct copy of a portion of Rock Bottom Golf.com's website.

10. The Google search results attached as Exhibit 4 also reveal that Golf Monster.com appears in the top ten search results. On January 10, 2008, I visited Golf Monster.com's website at www.golfmonster.com. The website reveals that Golf Monster.com sells similar products to TGW. The website also reveals that Golf Monster.com is "Your Online Golf Discount Super Store!" Attached as Exhibit 9 is a true and correct copy of Golf Monster.com's homepage.

11. The Google search results attached as Exhibit 4 also reveal that Budget Golf.com appears in the top ten search results. On January 10, 2008, I visited Budget Golf.com's website at www.budgetgolf.com. The website reveals that Budget Golf.com sells similar products to TGW. The website also states that "We personally hand-select the best quality and best selling golf equipment and golf clubs, then heavily discount the prices." Attached as Exhibit 10 is a true and correct copy of a portion of Budget Golf.com's website.

12. The Google search results attached as Exhibit 4 also reveal that Golf Outlet.com appears in the top ten search results. The caption on the search results page relating to Golf Outlet.com reads "Golf Equipment at tremendous discount prices, since 1997." On January 10, 2008, I visited Golf Outlet.com's website at www.golfoutlet.com. The website shows two links for purchasing golf related products, (1) "Shop golfoutlet.com" and (2) "Sales! Clearance Center." Attached as Exhibit 11 is a true and correct copy of Golf Outlet.com's homepage showing these two links.

13. Upon clicking the first link, "Shop golfoutlet.com," I was routed to TGW's website. Attached as Exhibit 12 is a true and correct printout of the TGW landing page that resulted when clicking the first link. Upon clicking the second link, "Sales! Clearance Center," I was again routed to TGW's website. Attached as Exhibit 13 is a true and correct printout of the TGW landing page that resulted when clicking the second link.

14. The Google search results attached as Exhibit 4 also reveal that Discount Golf World.com appears in the top ten search results. On January 11, 2008, I visited Discount Golf World.com's website at www.discountgolfworld.com. The website reveals that Discount Golf World.com sells similar products to TGW. The website also reveals that Discount Golf World.com has a low price match similar to TGW. The website states "Low Prices. We'll match any authorized dealer's price." Attached as Exhibit 14 is a true and correct copy of a portion of Discount Golf World.com's website.

15. On January 10, 2008, I visited Hockabee's website at www.hockabees.com. A search for "Robert Trent Jones" reveals that Hockabee's continues to offer RTJ Apparel for sale or bidding. Moreover, the search uncovered 47 articles of RTJ Apparel for sale or bidding. Attached hereto as Exhibit 15 is a true and correct copy of a portion of Hockabee's website after conducting the search.

16. The Hockabee's website shows it is selling or bidding RTJ Apparel labeled as "NEW" and "BRAND NEW." Attached as Exhibit 16 is a true and correct copy of a portion of Hockabee's website showing the sale or bidding of "NEW ROBERT TRENT JONES RTJ HUDSON FULL ZIP VEST." Attached as Exhibit 17 is a true and correct copy of a portion of Hockabee's website showing the sale or bidding of "BRAND NEW ROBERT TRENT JONES GOLF DUBLIN JACKET NWT L."

17. On January 10, 2008, I conducted a search of the terms "Hockabee," "Robert," "Trent," and "Jones" on Google's search engine. The search results revealed that Hockabee's appears to be selling or bidding RTJ Apparel through its online stores directed at consumers located in the following countries, in addition to the United States: Canada, United Kingdom, Malaysia, Philippines, Singapore, Western Samoa, Poland, France, Ireland, Spain, The Netherlands, Germany and Italy. Attached hereto as Exhibit 18 is a true and correct copy of the search results retrieved by Google.

18. On January 11, 2008, I received and opened the Federal Express shipment sent from William J. Powell at D & B Legal Services, Inc. I examined the RTJ Apparel contained in the shipment. The shipment contained eleven pieces of RTJ Apparel, of five different styles.

19. Based upon my knowledge and training in the apparel arts, it is my opinion that each of the eleven pieces of RTJ Apparel is defective, irregular or second due to fabric discoloration.

20. On January 11, 2008, I took photographs of one piece of RTJ Apparel from each of the five styles. Attached as Exhibit 19 are true and accurate photographs of the five selected pieces of RTJ Apparel. The fabric discoloration is clearly demonstrated by these photographs. Moreover, the Robert Trent Jones tags and labels are shown affixed to the apparel.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January 11, 2008, in Northfield, Illinois.

*Mary K. Hadley*

Mary K. Hadley

# Exhibit 1



**PRICE MATCH CENTRAL**

## TGW Low Price Guarantee

Find a lower price and we will match it! It's that simple! This
guarantee applies to both in stock and out of stock
merchandise (as long as the product is available from the
manufacturer). It does not apply to special purchase
merchandise or to prices of retailers that do not have
approved account status with the vendor of the price
matched product.

*TGW.com
Home of Golf's
Everyday Lowest Prices.*

Prior to placing your order, you will need to contact TGW at 1-888-838-5551 for your price match. You will also need
to provide a copy of the advertisement, link to a web page or other written quotation with the lower price. Not
retroactive. Price Match items cannot be combined with any other special offers, E-Coupons, discounts, or
promotions.

**It's A Match! Take Advantage of TGW's Latest Price Matches!**
TGW.com constantly searches for golf's lowest prices so you don't have to.
If you find a lower price email us at lowprice@tgw.com.
**Customer Service Fax**: (316) 858-0456

**❖ View TGW.com's Manufacturer's Exclusions**

Exhibit 2

## About Our Prices

The Golf Warehouse is committed to being your discount retailer of golf equipment and apparel over the Internet. As such, we want you to understand our prices, and the prices that the manufacturers suggest we post for informational purposes.
"SRPs" are suggested retail prices provided to The Golf Warehouse by suppliers (such as Callaway or Nike). SRPs represent what the manufactures suggest we charge. They are for reference only. The SRPs may or may not be sold at the price at which the product is commonly sold, or even sold at all, and products may be sold below suggested retail price. Whether other retailers sell at suggested retail price will vary by product, geographic location, type of store, and over time. Suggested retail prices can, however, be used by you as a benchmark by which to compare our discounts from SRP to the discounts from SRP of other companies that sell golf equipment and apparel and likewise post their prices or discounts in relation to the suggested retail price.

The Golf Warehouse periodically updates the suggested retail prices posted on its website. As manufacturers provide the latest suggested retail price information to The Golf Warehouse, The Golf Warehouse updates its website. At times, however, a manufacturer may change a suggested retail price without notice to The Golf Warehouse. Thus, the manufacturer of a particular product should be contacted if you want to ensure that you obtain the most up-to-date SRP information available.
If you have any questions or comments about The Golf Warehouse's pricing or other policies, please contact us at
customerservice@tgw.com

Back to top

## New International Customers

Because of increased Internet fraud, we are requiring proof of card ownership for ALL NEW International orders. Before we process any **NEW INTERNATIONAL ORDERS** we must have a copy of the credit card statement with the name and address of the customer the order is being billed to on file. It must be either faxed to us at 001-316-858-0458 or mailed to us at
Attn: Order Processing
The Golf Warehouse
8851 East 34th Street North
Wichita, KS 67226
Please contact customer service with any questions customerservice@tgw.com or by phone 001-316-858-0470.

Back to top

## Currency

All orders placed with The Golf Warehouse are in United States Dollars (USD) . For your convenience The Golf Warehouse has two currency converters to help with calculations. When converting currencies be sure to remember the following:

We obtain our rates from a variety of sources. Our primary sources are live, real-time rate feeds containing data from foreign exchange markets all around the world. Because it's always daytime somewhere in the world, there is a good chance that a currency market somewhere is currently trading. Since our feed is global, this means that a currency's rate can be updated even when the markets of its home country are closed.

Back to top



100% Guarantee | About Our Prices | Secure Order Form | Company Information | Security | Bill Me Later® | Order Status / Tracking
Site Map | Warranty / Returns | Shipping Information | Affiliate Program | Price Match | Map | Review Guidelines
Order By Phone | Email Notices | Customer Service | PRIVACY POLICY ©2008 The Golf Warehouse, Inc.

Exhibit 3



## Manufacturer Exclusions

Items listed here are excluded from price promotions due to manufacturer restrictions.

**TaylorMade**

**Clubs:** Select Woods, Irons, Wedges & Putters (See Product Pages)

**Callaway Golf**

**All Golf Clubs**

**Mizuno**

**All Products**

**Odyssey**

**All Putters**

**PING**

**All Woods & Irons**

**Wedges:** Select Wedges (See Product Pages)

**Putters:** Select Putters (See Product Pages)

**Bags:** Select Bags (See Product Pages)

**Titleist**

**All Products**

**FootJoy**

**All Products**

**Cobra**

**All Products**

**ECCO**

**All Products**

**Ben Hogan**

**All Clubs**

**Top-Flite**

**All Golf Balls**

**Club Glove**

**All Travel Covers**

**TGW.com**

Gift Cards, Gift Certificates & Checkout Offers

(Exclusions include men's, women's and custom products unless otherwise noted)

**⁑ Price Match Central**

100% Guarantee | About Our Prices | Secure Order Form | Company Information | Security | Bill Me Later® | Order Status / Tracking
Site Map | Warranty / Returns | Shipping Information | Affiliate Program | Price Match | Map | Review Guidelines
Order By Phone | Email Notices | Customer Service | **PRIVACY POLICY** ©2008 The Golf Warehouse, Inc.

Exhibit 4

Web   Images   Maps   News   Shopping   Gmail   more ▼          Sign in

**Google**

discount golf       [ Search ]   Advanced Search
                                  Preferences

**Web**                  Results **1** - **10** of about **3,640,000** for **discount golf**. (0.20 seconds)

**TGW - The Golf Warehouse**
www.TGW.com   Golfs Preferred Online Superstore - Unmatched Service and Selection!

**Discount Golf**
www.DicksSportingGoods.com   Save on Brand Name **Golf** Gear at the Dick's Sporting Goods **Golf** Shop

**GolfDiscount.com**
www.**GolfDiscount**.com   Official Website Save up to 70%

**Golf Discount: Golf Clubs, Golf Equipment & Golf Bags**

**Golf Discount** provides the highest quality clubs and accessories for your **golf** game.
www.**golfdiscount**.com/ - 12k - Cached - Similar pages

**RockBottomGolf.com - Discount Golf Clubs, New Golf Clubs and ...**

The largest selection of **discount golf** equipment all on one site. The lowest prices on **golf** gear anywhere.
www.rockbottom**golf**.com/ - 40k - Cached - Similar pages

**Discount Golf World: Golf Equipment, Bags, Apparel, Gloves ...**

DiscountGolfWorld.com is your source for **golf** equipment and apparel including clubs, balls, bags, and sports team branded products.
www.discountgolfworld.com/ - 68k - Cached - Similar pages

**Golf Equipment for Sale Online Golf Outlet - Discount Golf Equipment**

**Golf** Equipment at tremendous **discount** prices, since 1997. Featuring Callaway, Titleist, Ping, Cobra, Taylor Made, Adams, Mizuno, Orlimar, Cleveland, **...**
www.**golf**outlet.com/ - 16k - Cached - Similar pages

**Golf Warehouse - Discount golf clubs - Tennis Store - Discount ...**

**Golf** Warehouse has **Golf** Clubs from Callaway, TaylorMade, Lynx, Titleist, Cobra and all top brands our Tennis Store has Racquets from Prince, Wilson, **...**
www.**golf**warehouse.com/ - 42k - Cached - Similar pages

**Pro Golf Discount - Golf Equipment from Callaway, FootJoy, Nike ...**

Thank you for visiting Pro **Golf**. If you need assistance with shopping on our site, please call us at 866-462-2023 and a customer care representative will be **...**
www.pro**golf**.com/ - 22k - Cached - Similar pages

**Bargain Bunker at Golf Galaxy**

**Golf** Galaxy ® is Everything for the game - pro shop service, superstore selection and guaranteed low prices. Everything for the game - in store or online.
www.**golf**galaxy.com/galaxy/dept.asp?dept_id=4730 - 106k -
Cached - Similar pages

Sponsored Links             Sponsored Links

**Grant Park Golf Course**
Find affordable local **golf**.
Par 72 Championship Course
dexonline.com/MinneMonesse
Chicago, IL

**University Golf Club**
Affordable **golf** in Chicagoland
Lessons, driving range and more
www.univerity**golf**clubbanquets.com
Chicago, IL

**ClickandSaveGolf.com**
The Lowest Prices on the Internet
We Offer Free Ground Shipping
www.ClickandSave**Golf**.com

**Golf Galaxy**
Build a Better Game.
Low Prices Everyday
www.**golf**galaxy.com

**E-Z-GO Golf Cart Catalog**
Pictures and Specifications
Check out pricing and specials
www.prairieland**golf**cars.com
Chicago, IL

**Cheap Golf Tee Times**
Low Prices on Tee Times
All Rates Discounted Up to 70%
www.GolfDiscountClub.com

**Promotional Items**
Wide array of attractively priced
promotional product giveaways
www.tradeshowexhibitor.com

**SALE GOLD Deals**
Compare Great Selections and
SALE GOLD in your Neighborhood
www.ShopLocal.com

More Sponsored Links »

### [Discount Golf Clubs - Golf Equipment - Golf Shoes & Irons - Golf ...](#)
**Discount golf** equipment - brand name **golf** clubs, **golf** shoes, balls and accessories by Taylor Made, Callaway, PING, Nike **Golf**, Titleist, Footjoy at **golf ...**
www.**golf**monster.com/ - 45k - <u>Cached</u> - <u>Similar pages</u>

### [Discount Golf Clubs and Golf Equipment|Premium brands and Better ...](#)
**Discount** prices on **golf** clubs, bags, balls, footwear and all golfing accessories. Order from Budget **Golf** and spend more time golfing!
www.budget**golf**.net/ - 41k - <u>Cached</u> - <u>Similar pages</u>

### [Discount Golf Equipment](#)
**Discount Golf** Equipment retailer of **golf** clubs, bags, ball, accessories, gifts, and training aids.
www.**golf**cow.com/ - <u>Similar pages</u>

Searches related to: **discount golf**

| | | | |
|---|---|---|---|
| discount golf **tee times** | discount **green fees** | discount golf **coupons** | discount golf **used** |
| **used** golf | **golf equipment** | **golf coupons** | **edwin watts** |

**1** 2 3 4 5 6 7 8 9 10     **Next**

Download <u>Google Pack</u>: free essential software for your PC

---

      discount golf       Search

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Dissatisfied? Help us improve</u> | <u>Try Google Experimental</u>

---

©2008 Google - <u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>About Google</u>

# Exhibit 5



Men's Clubs | Women's Clubs | Golf Bags | Golf Balls | Golf Shoes | Accessories | Left Hand | **NEW ARRIVALS!**

Home >

### Search

[ Search ]

**Shop By Brand:**

Adams | Ogio
Callaway | Odyssey
Cleveland | Powerbilt
Cobra | Ping
FootJoy | Sun Mtn.
MacGregor | TaylorMade
Mizuno | Titleist
Nickent | Tour Edge
Nike | Wilson

**More Brands...**

Closeouts

**Shop By Type:**

**Golf Clubs**
Drivers
Fairway Woods
Hybrids
Irons
Putters
Wedges
Complete Sets
Beginner Sets
Juniors

**Golf Shoes**
Mens
Ladies

**Golf Bags**
Cart bags
Stand bags
Travel bags
Golf Carts

**Golf Accessories**
Range finders / GPS
Training aids
Personalized golf balls
Outerwear
Trade Ins
Gift certificates





















Authorized Internet Retailer

ADAMSGOLF · adidas · BagBoy · Ben Hogan · Bite · Callaway · Cleveland · cobra · Etonic · FootJoy · MacGregor · Mizuno · Nike · OGIO · PING · TaylorMade · Titleist · Wilson

Need help?          Need convincing?          Pricing, shipping & legal info



**Need help?**
- Visit our Help Desk
- Online Chat
- International Orders

**Need convincing?**
- About Golf Discount
- Testimonials
- Liberal Return Policy

**Site Map**

**Pricing, shipping & legal info**
- Pricing Policy
- Shipping Information
- Legal Policies

Exhibit 6



Home > Policies

## Low-Price Guarantee

GolfDiscount.com provides you with peace of mind knowing that you are getting the absolute lowest price possible on the 'net (all prices are in US Dollars). If, within 30 days of purchase, you find a legitimate price from an **Authorized** Internet Retailer lower than that paid at GolfDiscount.com, we will gladly match that price as a courtesy. An "Authorized" dealer is one that has been authorized by the manufacturer to sell their product on-line. For the major manufacturers, there are only a handful of truly "Authorized" Internet Retailers. Items must be exact and in-stock.

But we are more than just low prices. Here are some of the other benefits of shopping at GolfDiscount.com:

- No sales tax (Washington residents excluded)
- Liberal return policy
- 30 day no-lemon policy
- Over $7 million inventory
- Shop safe using our secure server
- "Talk Live" to golf experts using your keyboard via Humanclick
- Your order usually shipped within 24 hours

### Warranty & Return Policies

GolfDiscount.com strives to provide you with the best possible warranty and return policies in the business. All golf equipment purchased from GolfDiscount.com is covered by the original manufacturer's warranty which is usually from 1-2 years from date of purchase. Please consult with us regarding a specific manufacturer's warranty policy.

### Return Policy

GolfDiscount.com will gladly provide a full refund for any unused golf equipment returned within 60 days of purchase. Once you have used the equipment, it is no longer considered new and you will be charged a **minimum** 25% restocking fee, based on condition, for any used merchandise return (limited to 60 days from purchase).

Simply contact GolfDiscount.com **toll-free** at **1-888-394-4653** or 425-957-3626 (international) and we will assist you through our product return process. GolfDiscount.com will refund only the full purchase amount for unused golf products, excluding the shipping and handling fees.

### No-Lemon Policy

GolfDiscount.com provides you with our special 30-day **"no lemon policy"**. This policy states that in the event that your equipment is defective (within 30 days of purchase) we will have your equipment picked up by Fed-Ex (free of charge, **excludes International customers**) and replace your equipment to you rather than make you wait for the warranty service. Your equipment will be returned by Fed-Ex ground free of charge (International customers excluded). If you have altered your equipment in any way, it is not deemed defective and is exempt from this policy.

After 30 days have expired, you are responsible for the shipping and handling fees for returning your golf equipment to GolfDiscount.com for warranty service. Once

# Exhibit 7



HOME | HELP | CONTACT US | SHIPPING RATES | INTERNATIONAL | ORDER STATUS | TESTIMONIALS | ABOUT US    Search Brand...    SEARCH

Register / Login

## ARE YOU SERIOUS?
## $10 ITEMS

**Savings Up To 90%!**

La Jolla Junior Knife Woods, Tommy Armour Ladies Allegretto Sand Wedge, Adams LH Tight Lies Ovation 52 Gap Wedge, Burrows #5 Wood *Stiff Only*, RAM LH FX Satin Wedge, RAM LH Laser Gun Metal Wedge, Tommy Armour LH Pro Spin Wedge, Bullet CGW Mallet Putter, Bullet PM-1 Putter, Bullet X-4 Heavyweight Putter, Dunlop Wicket WS-1 35" Putter, Tommy Armour Ram Accubar Alignment Putter, Top-Flite OS-01 Mallet Putter, Amf SO Series Sand Wedge, Bullet X-4 Carbon Steel Wedge, Tommy Armour Pro Spin 56 Sand Wedge

### $20
Izzo Ladies Z-Wood F'Way #4, Macgregor Ladies Eye-O-Matic F'Way #9 Wood, Nickent Ladies Cross F'Way #3 Wood, Izzo LH Z-Wood TI F'Way Driver, Macgregor LH Eye-O-Matic F'Way #7 Wood *Stiff Only*, Nickent LH Cross F'Way #5 Wood *Stiff Only*, Tommy Armour LH RAM FX 400cc TI Driver, RAM LH FX, Satin 2-Wedge Set, Teardrop LH RFD61 Roll Face Milled Putter, Carbite Polar Balanced Putter, Dunlop Loco L1 Mallet Putter, Dunlop Redneck Coastal Series Putter, Dunlop Redneck Smokie Series Putter, Nickent Cross F'Way Wood

### $30
Wilson Ultra Hybrid Iron/Wood, Wilson Deep Red Stand Bag, Wilson Excursion Wheeled Travel Bag, Dunlop Loco Senorita Driver, Adams LH Ovation TI 460cc 10.5 Driver *Stiff Only *, Dunlop Loco 450cc TI Driver, Macgregor LH V-Foil Eye-O-Matic M42 Driver, Macgregor LH MacTec NVG F'Way Woods, Nickent LH Cross TI Driver, RAM LH Laser Gun Metal 3-Wedge Set, Dunlop Redneck Wilbur 32" Belly Putter, Tommy Armour P-117 Putter, Hippo GoIXXL Hybrid Iron/Wood, Macgregor Eye-O-Matic M42 Driver

### $40
Izzo AS2 Stand Bag, Izzo Spectre Stand Bag, Taylor Made Sport Cart Bag *Black Only*, RBG.com RH & LH Junior Caveman Set w/Bag (Ages 3-5), Cleveland Ladies W-Series Offset F'Way Wood, Taylor Made Ladels R580XD F'Way #7, Taylor Made Ladels RH & LH R580 F'Way #7 Wood, Adams LH Redline RPM Fairway Wood, Macgregor Bobby Grace GT Mini Putter, Nickent Golf Pipe Model 002 Putter, Never Compromise Voodoo Daddy Putter, Macgregor V-Foil Tour Forged Wedge, Wilson Deep Red Putter

### $50
Taylor Made Classic Cart Bag, RBG.com RH & LH Junior Caveman Set w/Bag, Cleveland Ladies Launcher W-Series F'Way Wood, Cleveland Ladies W-Series Launcher Driver, Macgregor LH MacTec NVG TI 9.5 Driver *Stiff Only*, Macgregor The Fat Lady Swings Putter, Cleveland Halo Hybrid Iron/Wood Graphite, Simac MAC Powersphere Hybrid Iron/Wood 2-Wood Set, Taylor Made Rescue Mid Hybrid 16 Iron/Wood Steel *Stiff Only* Izzo Swing Plane Driver Trainer

### $60
Callaway Chevron Cart Bag, Ogio Tucker Deluxe Cart Bag, Taylor Made Essex Stand Bag *Chocolate/Sand Only*, Adams RH & LH Idea A2 OS Hybrid 1-Wood, Adams RPM LP Low Profile F'Way Wood, Macgregor Ladies MacTec NVG TI Driver, Adams LH Idea AS 1-Wood Graphite, Adams LH Idea A2 OS Hybrid 1-Wood Graphite, Adams LH RPM LP Low Profile F'Way Wood, Cleveland LH Halo Hybrid Iron/Graphite Graphite, Cleveland LH Launcher Offset F'Way Wood, Taylor Made LH R540XD Driver

### BRAND SEARCH
Adams Golf I Adidas Golf I Antigua Golf I Ashworth Golf I Bag Boy Golf I Bridgestone Golf I Bushnell Golf I Callaway Golf I Cleveland Golf I Cobra Golf I Datrek Golf I Dunlop Golf I Etonic Golf I F2 Golf I FootJoy Golf I Gold Eagle Golf I Greg Norman Golf I Heavy Putter Golf I Ben Hogan Golf I Izzo Golf I Jef World Of Golf I MacGregor Golf I Maxfli Golf I Mizuno Golf I Nickent Golf I Nike Golf I Nitro Golf I Odyssey Golf I Ogio Golf I Orlimar Golf I Perfect Golf I Ram Golf I Ray Cook Golf I Sky Golf I Slazenger Golf I Solus Golf I Sonartec Golf I Square Two I Srixon Golf I Sun Mountain Golf I Sunice Golf I Taylor Made Golf I Titleist Golf I Tommy Armour Golf I Top Flite Golf I Tour Edge Golf I Wilson Golf I Yonex Golf I

### EQUIPMENT REVIEWS
Adams Golf Clubs I Adams Tight Lies I Adams GT363 I Adams TL2 Fairway I Adidas Golf Shoes I Bag Boy Golf Carts I Callaway Golf Clubs I Callaway VFT Woods I Callaway Big Bertha I Greg Norman Golf Clubs I Hippo Golf I Ben Hogan Golf I Kasco Golf I MacGregor Golf I Mizuno Golf I Mizuno Blue Rage I Nike Golf I Nike Air Access I Nike Double C I Ogio Golf I Orimar I Perfect Club I Physics I Ping Golf I Purespin Golf Clubs I Ram Golf I Ram 420 Woods I Ram Junior I Slazenger I Sqaure Two I Taylor Made Golf Clubs I Taylor Made R580 Driver I Taylor Made R540 Driver I Titleist I Tommy Armour Golf I Tommy Armour 845FS I Tommy Armour 845U I Tommy Armour 845 Vault Irons I Tommy Armour 845 I Top Flite I Taylor Made Golf Clubs I Wilson Deep Red I Wilson Deep Red II I Wilson Kits I

you could be customer number: 005575059

earn free golf    privacy policy    caveman news    job opportunities    partners    about us    site map

# Exhibit 8



### About Rock Bottom Golf

So you want to know more about me and my Company… Me… I'm the wild and crazy type. I love to have fun at the local tavern, er ah, cave… a couple pops, a dozen wings, and dancing on the bar is a pretty typical night for me. For some reason the ladies dig me… must be my big bushy red beard, long hair, and malnourished body. No…it's the big bone through my nose..they just love playing with it!

O.k. enough about me! Let me tell you a little bit about RockBottomGolf.com and how it got started. Back when I was a poor young lad in high school I would occasionally sneak into the local country clubs in the dead of the night, throw on some scuba gear and hunt for golf balls. Back in the day, those balls were worth a lot of money to a snot-nosed kid with no job. After a couple of weeks, I ended up recruiting a bunch of my shady friends and we would stumble into the ponds every weekend. Oh the stories I could tell…Johnny law, snapping turtles, strange rashes, leaches, etc. Believe it or not, those white pearls paid for six years of college!!!

After college, I figured it was time to clean up my act and go legit. I started buying used/demo equipment from the very same country clubs that so generously paid for my tuition. I started out selling equipment at flea markets and at golf trade shows. It was fun but there was not enough traffic to allow me to do it full-time. Then one of the greatest sales platforms ever invented hit the web… eBay!!! After a couple of months selling on eBay, I knew I could turn my part-time hobby into a full-time business. I walked away from a consulting career, leveraged all of my credit cards, hired Toad, and the rest is history.

Rock Bottom Golf has evolved into one of the top discount golf retailers in the world. Our core philosophy is to provide golfers with incredible deals on top quality golf equipment. How do we do it? We buy huge lots of closeout merchandise, keep our overhead as low as humanly possible, leverage technology and then pass the savings to the consumer. We may not have everything that you are looking for, but the prices on the items that we do have are the cheapest that you will find… guaranteed! Check in with us often, because when our products are gone, they are gone forever!!! Rock Bottom Golf your FIRST choice for the greatest DEALS in GOLF!

## Check Out The Caveman News!

See Where Rock Bottom Has Been Popping Up In The Headlines!



**Hey There! Scratch the Caveman here.
Looking to further your career?
Well then you have come to the right place my friend!
Please see below for current job opportunities at
RockBottomGolf.com!**

Opportunities In Rochester, NY            Opportunities In Virginia Beach, VA
Accountant                                      No Current Opportunities

Scratch's cave is growing, and we are always looking for talented new Rock Heads to join our team. If you are interested in opportunities, send your resume to jobs@rockbottomgolf.com for Scratch's review.

BRAND SEARCH

Adams Golf I Adidas Golf I Antigua Golf I
Ashworth Golf I Bag Boy Golf I Bridgestone Golf I
Bushnell Golf I Callaway Golf I Cleveland Golf I
Cobra Golf I Datrek Golf I Dunlop Golf I Etonic
Golf I F2 Golf I FootJoy Golf I Gold Eagle Golf I
Greg Norman Golf I Heavy Putter Golf I Ben
Hogan Golf I Izzo Golf I Jef World Of Golf I
MacGregor Golf I Maxfli Golf I Mizuno Golf I
Nickent Golf I Nike Golf I Nitro Golf I Odyssey
Golf I Ogio Golf I Orlimar Golf I Perfect Golf I Ram

EQUIPMENT REVIEWS

Adams Golf Clubs I Adams Tight Lies I Adams GT363 I Adams TL2 Fairway I Adidas
Golf Shoes I Bag Boy Golf Carts I Callaway Golf Clubs I Callaway VFT Woods I Callaway
Big Bertha I Greg Norman Golf Clubs I Hippo Golf I Ben Hogan Golf I Kasco Golf I
MacGregor Golf I Mizuno Golf I Mizuno Blue Rage I Nike Golf I Nike Air Access I Nike
Double C I Ogio Golf I Orimar I Perfect Club I Physics I Ping Golf I Purespin Golf Clubs I
Ram Golf I Ram 420 Woods I Ram Junior I Slazenger I Sqaure Two I Taylor Made Golf
Clubs I Taylor Made R580 Driver I Taylor Made R540 Driver I Titleist I Tommy Armour
Golf I Tommy Armour 845FS I Tommy Armour 845U I Tommy Armour 845 Vault Irons
I Tommy Armour 845 I Top Flite I Wilson Golf Clubs I Wilson Deep Red I Wilson Deep
Red II I Wilson Kits I



Golf l Ray Cook Golf l Sky Golf l Slazenger Golf l
Solus Golf l Sonartec Golf l Square Two l Srixon
Golf l Sun Mountain Golf l Sunice Golf l Taylor
Made Golf l Titleist Golf l Tommy Armour Golf l
Top Flite Golf l Tour Edge Golf l Wilson Golf l
Yonex Golf l

you could be customer number: 005575059

earn free golf   privacy policy   caveman news   job opportunities   partners     about us   site map

# Exhibit 9



View the Exclusive
30 Day Playability
Guarantee!



**Your Online Golf Discount Super Store!**    Clubs   Bags   Balls   Shoes   Gloves   Apparel   Accessories

**Discount Golf Store**

- Mens Golf Drivers
- Mens Fairway Woods
- Mens Golf Clubs
- Golf Putters
- Golf Wedges
- Mens Golf Shoes
- Ladies Golf Drivers
- Ladies Fairway Woods
- Ladies Golf Clubs
- Ladies Golf Shoes
- Ladies Golf Bags
- Golf Cart Bags
- Golf Stand Bags
- Golf Travel Bags
- Golf Gloves
- Golf Books
- Instructional Video's
- Instructional DVD's
- Home

**Community Features**

- Golf Swing Tips
- Golf Fitness Tips
- Latest Golf News
- Golf Humor
- Your Golf Weather
- Golf Links



Customer Service
1-888-838-5551
7 am to 10 pm CST
Monday - Friday

Fax: 316-838-5557
International: 001-316-838-2199
E-mail

Privacy Policy
100% Guarantee
Contact Customer Service
Legal notices
Security

All other inquiries please
contact GolfMonster.com
discount online golf store at
info@golfmonster.com
Copyright © 1999 - 2007



GolfMonster.com - Your Online Golf Warehouse Super Store for Discounts on Brand Name **Golf Equipment**, **Apparel**, **Golf Clubs**, **Golf shoes** and more. To speak to a customer service representative directly call **Toll-Free: 1-888-838-5551 • International: 001-316-838-2199**. Get the discount you need from the top manufacturers of golf equipment. Thank you and we appreciate your patronage.

**Bookmark Now for Great Discount Golf Savings!**



### Price Reduction! Adams Insight BTY 4350 Drivers Priced Too Low To Advertise!
**Adams Mens Insight BTY 4350 Golf Drivers**
Click for Price!

● With tour-proven shaping, the Insight BTY 4350 Driver gives you more control when you need it most. Insight BTY 4350 is built for better players who want versatility and performance in a golf club.

● 2007 Golf Digest Driver Hot List!

● **All Mens Discount Golf Clubs**

● **All Ladies Discount Golf Clubs**



### Clearance Sale! Save Up To $300 On Callaway X-18 Irons!!
**Callaway Mens X-18 Irons**
Click for Price!

● The X-Series Irons from Callaway Golf have long been favored by some of the best players in the world because of their performance-enhancing technologies and by recreational golfers due to their forgiveness and great looks.

● **All Callaway Golf Equipment**

### Mens Apparel Blowout - Save Up To 60%!
**Tommy Hilfiger Golf Apparel Sale**
Click for Discount Prices!

**TOP SELLERS**

1. Gift Certificates
2. TaylorMade 460 Ti Drivers
3. TaylorMade r7 CGB Max Ti Drivers
4. TaylorMade R7 460 Driver
5. Callaway FT-i Tour Series Driver
6. Callaway 460 Titanium Driver
7. NIKE Sasquatch Sumo2 Driver
8. Callaway X-20 Irons
9. Nike CCI Irons
10. Adams IDEA a1 Hybrid Iron Set
- More Items

**BROWSE BY MANUFACTURER**

- 17th Green
- 3M Golf
- Adams
- Addidas
- Antiqua Apparel
- Ashworth
- Bag Boy
- Bette & Court
- Bite Golf
- Bob Burns
- Bobby Jones
- Bolle
- Bridgestone
- Bushnell Rangefinders
- Byron Nelson
- Callaway
- Carbite
- Cleveland
- Club Glove
- Datrek
- Dunlop
- Etonic
- ECCO
- EP Pro
- F2
- HIPPO
- Hogan
- IZOD G
- IZZO

GolfMonster.com.
All rights reserved.



- Tommy Hilfiger apparel is true to the spirit of Tommy, with clean, classic designs and long-lasting quality.

- Discount Men's Golf Shirts
- Discount Men's Golf Apparel
- Men's Discount Outerwear
- Juniors, Rain Wear, Misc.
- Ladies Discount Golf Tops
- Ladies Discount Golf Bottoms
- Ladies Golf Outerwear Discounts

- **Mens Discount Golf Tops**
- **Mens Discount Pants/Shorts**
- **Ladies Discount Golf Shirts**
- **Ladies Discount Pants/Shorts**

· MacGregor
· Maxfli
· Mizuno
· NIKE
· Nickent Golf
· Never Compromise
· Norman Collection
· Oakley
· Odyssey
· OGIO
· Orlimar
· PING
· Pinnacle
· Precept
· Ram
· Ray Cook
· SeeMore
· Sun Mountain
· Taylor Made
· TopFlite
· Wilson
· Yonex

## GREAT GOLF DISCOUNT DEAL!



**Etonic Difference 3Z Orig. $180.00, Now Only $79.88!**
**Click for Discount Prices!**
- Etonic Golf Shoes…All Terrain. All Weather Performance!

- **All Mens Golf Shoes**
- **All Womens Golf Shoes**

## GOLF BAG SALE!



**Callaway Terra Firma X Stand Bag Sale…Orig. $200.00, Now $99.88!**
**Click for Discount Prices!**
The tradition of walking the course lives on with Callaway Golf stand bags!

- **All Golf Bags**

## HOT NEW GOLF BALLS!



**NIKE Ignite Golf Balls!**
**Click for Discount Prices!**
NIKE Ignite Golf Balls…Longer Distance, Softer Response!

- **All Discount Golf Balls**

## GOLF GPS SYSTEMS!



**Lower Price! SkyGolf's SKYCADDIE The Original…Now Only $259.95!**

SKYCADDIE…The Simplest, Most Powerful Way To Measure Yardage!

- **All GPS Golf Systems**

# Exhibit 10

Shopping cart:  **Checkout**      Cart is empty

**HOME    BRANDS    GOLF CLUBS    GIFT CERTIFICATE    EBAY PURCHASE    CONTACT US**                 **My Account**

Select a Brand          Search          Go

Advanced search



HACKER SAFE
TESTED DAILY  10-JAN

GeoTrust click to VERIFY

**Brands**

**Golf Clubs**

**Golf Bags**

**Golf Balls**

**Range Finders**

Distance Finders

GPS

**Golf Footwear**

**Golf Training Aids**

**Golf Carts**

**Golf Accessories**

**Gift Items**

**Apparel**

**Golf Closeouts**

Bestsellers

| SWING GLOVE

| F2 WEDGE PLUS

| EBAY Purchase

| A PRO CONTROL PEE WEE SET BLUE

| BIONIC GLOVE

Customer Testimonials

*Ryan, Just wanted to let you know I got the clubs last week. I was out of the office on Friday and just got the UPS Label this morning. I mailed the other irons out right after I got it this*



WINTER CLEARANCE
CLEARANCE ITEMS UP TO 40% OFF!
TAKE ADVANTAGE OF SOME GREAT DEALS ON TOP NAME BRAND ITEMS.



DATREK SHUTTLE X TRAVEL BAG
$49.95
FREE SHIPPING



DIGITAL RANGE FINDER
$39.95
FREE SHIPPING



**ADAMS TOM WATSON SATIN WEDGE SET OF 3**
SKU: 5491

See details

Market price: $149.95
Our price: **$69.95**
save: 53%



**BIONIC GLOVE**
SKU: bo87412

See details

Our price: **$19.95**

Buy Now

*morning. I also received the Pro V-1s today. I really appreciate your efforts to remedy the situation and I gladly go through Budget Golf again and I will recommend it to others.*
*Thanks again,*
*Jason*
more testimonials

**News**

**01-08-2008**
*We are starting of the year right with 2 Great Golf Deals!*

*Datrek Shuttle X $49.95 Free Shipping Click Here to Save!*

*Digital Range Finder $39.95 Free Shipping Click Here to Save!*

*Happy New Year!*
Previous news

Your email:

Subscribe **Go**

Home

- About Budget Golf
- Shipping
- Contact us
- Privacy statement
- Return Policy

Blog

- A Good Golf Ball Is Crucial To The Game
- Proper Golf Clothing Can Redefine Your Game
- The Secret of Good Golf Swing
- Tips For Buying Golf Carts
- Equipments For The Game Of Golf
- Play Santa to a Golfer



**BRIDGESTONE E6**
SKU: 1754

See details

Market price: $24.95
Our price: **$14.95**
save: 40%

Buy Now

**CALLAWAY TERRAFIRM X STAND BAG**
SKU: cal96112

See details

Market price: $159.95
Our price: **$74.95**
save: 53%

Buy Now

**Clicgear Cart**
SKU: cg61547

See details

Market price: $220.00
Our price: **$159.95**
save: 27%

Buy Now

**NICKENT 3DX IRONWOOD DC**
SKU: 5059

See details

Market price: $149.95
Our price: **$79.95**
save: 46%

Buy Now

**SWING TEMPO**
SKU: ST32147

See details

Our price: **$111.95**

Buy Now

**YES ABBIE FORGED**
SKU: yg85214

See details

Market price: $250.00
Our price: **$239.95**
save: 4%

Buy Now

**Discount Golf Clubs and Golf Equipment**

Some golf professionals and golf coaches believe that your golf game can improve by over 40% if you use the right golf clubs. When you buy golf clubs and **golf equipment** it is important that you take several factors into consideration including size of club, weight and cost.

At BudgetGolf we take all of these factors into consideration when offering you a selection of discount golf equipment. We personally hand-select the best quality and best selling golf equipment and golf clubs, then heavily discount the prices. Don't just take our word for it, see the testimonials from some of the thousands happy customers. What this means is an assurance that the discount golf clubs and golf equipment that you buy today will arrive in perfect condition just like you would expect from one of the leading golf equipment vendors on the web.

We believe in complete customer satisfaction and lasting value, which is why we guarantee a perfect delivery of your discount golf equipment. We'd love to be able to promise that you'll improve your game but at least we can assure you that you will get the quality and service you expect, and together we'll improve your game!

We want to make the selection and purchasing of **discount golf equipment** easy for you. If you are uncertain about what equipment is right for you or want to give the gift of golf equipment then let us know and we will be glad to help. So, choose BudgetGolf and order your golf equipment in confidence from a leading vendor of all types of **golf equipment** and golf accessories.

**Todays Discount Golf Product**



**FOOTJOY DRY JOY PRO**
SKU: 53435

FootJoy Dry Joy Pro Brown tumbled and white smooth waterproof leather Full-grain, waterproof leather uppers with full...

▶ **More details** ◀

HOME  GIFT CARDS  AUCTIONS  SHIPPING  CONTACT US  ABOUT US  RETURN POLICY  PRIVACY POLICY  SITE MAP

Golf Equipment | Discount Golf Equipment | Callaway golf | Golf bags | Golf carts | Golf equipment supply | Golf clubs | Junior Golf clubs | Junior Golf equipment

Copyright © 2005-2008 BudgetGolf.net

Exhibit 11







**SHOP**
GOLFOUTLET.COM
SAVE ON 1,000 OF PRODUCTS
POWERED BY TGW

SALES!
CLEARANCE CENTER
AMAZING BLOW OUT PRICES!
POWERED BY TGW

COURSE
CONOISSEUR
MAKE YOUR VOICE BE HEARD!
BY AGO



YOUR
COURSE REVIEWS
ORIGINAL! UNCENSORED!
CHECK THEM OUT!  BY AGO



GOLF
CLASSIFIED ADS
FREE OR PAID DELUX CLASSIFIEDS!
BY AGO



OUR
MESSAGE BOARDS
TALK GOLF WITH FELLOW DUFFERS
BY AGO



### Your Course Reviews

Here you are the **editor** and **chef** it is your job to let us know what courses are the **next Pebble Beach** and which courses would be better if cows were grazing on it!

**SUBMIT REVIEW NOW!**
**GO TO COURSE REVIEWS!**

### Course Showcase

Enter keywords...

Golf        [ GO ]

#### Check Out Today's Hot Products!

| Shop NOW TGW! | Clearance Center | Be A Course Connoisseur | Your Course Reviews | Tee Talk Message Boards |
|---|---|---|---|---|
| Lots-o-Golf Links | Book Store | Golf Art | Golf Videos | Training |

Copyright 2004, GolfOutlet.com and site developer MJM Internet, L.L.C.

Exhibit 12



tgw.com THE GOLF WAREHOUSE

Click Here To Return To GolfOutlet.com Super Sized Savings, Since 1996

login | online returns/exchanges | account | wishlist | cart | contact | home | order status/tracking

Equipment | Shoes | Apparel | Accessories | Personalized | Custom Clubs | Gift Cards

*Quick* Search Go Manufacturer

CUSTOMER SERVICE: 888-838-5551
7AM-11PM CST (M-F) 9AM-6PM (SAT-SUN)

**NIKE Golf On Sale**

Unbelievable Prices On Premium Clubs

**Wedges Under $100**

Save Up To 70% On Premium Wedges

**Save Up To 60%**

Save On Discontinued NIKE Shoe Styles

ULTIMATE CLOSEOUTS

Save On Clubs, Bags, Balls, Shoes, Apparel & Accessories.

PING LESSON CENTER

Learn The Fundamentals Of The Modern Golf Swing. $1.99 Per Lesson

As Seen On The Golf Channel

Award-Winning Bobby Jones By Jesse Ortiz Hybrid

Best Prices On NIKE Shoes

Save 40% Or More On Discontinued Styles.

Large Selection - Mens & Ladies

**Award-Winning**

Bobby Jones By Jesse Ortiz Hybrid

**Demos & Returns**
Big Savings On Quality Clubs.

**TGW Catalog Sign-Up**
Golf Savings Delivered To You

**Win a SkyGolf SG5 SkyCaddie**
Includes Cart Mount, Holster & More

WHAT'S HOT, WHAT'S NEW | CORPORATE / TOURNAMENT | TEAM LOGO MERCHANDISE | TRADE-IN CENTER

100% Guarantee | About Our Prices | Secure Order Form | Company Information | Security | Site Map | Order Status / Tracking
Warranty / Returns | Shipping Information | Affiliate Program | Price Match | Map | Review Guidelines
Customer Service | **PRIVACY POLICY** © 2008 TGW.com

Exhibit 13

Save On Clubs, Bags, Balls, Shoes, Apparel & Accessories With Ultimate Closeouts.                Page 1 of 1

Case 3:07-cv-04913-SC          Document 39-6          Filed 01/11/2008          Page 37 of 89



login | online returns/exchanges | account | wishlist | cart | contact | home | order status/tracking

Equipment | Shoes | Apparel | Accessories | Personalized | Custom Clubs | Gift Cards

*Quick* Search **Go**          Manufacturer

**CUSTOMER SERVICE: 888-838-5551**
**7AM-11PM CST (M-F)   9AM-6PM (SAT-SUN)**



>> Cost Or Below. The Biggest Savings On Apparel, Shoes & Gloves. CLICK HERE.













100% Guarantee | About Our Prices | Secure Order Form | Company Information | Security | Site Map | Order Status / Tracking
Warranty / Returns | Shipping Information | Affiliate Program | Price Match | Map | Review Guidelines
Customer Service | **PRIVACY POLICY** © 2008 TGW.com

Exhibit 14



| Home | Order Status | Cart/Checkout | Support |

## DISCOUNT GOLF WORLD.COM

**Expert Advice: 1-866-411-4349**

HACKER SAFE — TESTED DAILY 11-JAN

BBB OnLine RELIABILITY PROGRAM

BOOKMARK

E-mail this Page

Shop    Travel    Learn    Local    Support

Cleveland    Titleist    BagBoy    TaylorMade    Callaway    Tour Edge    Ben Hogan    More...

---

### The 19th Hole

The 19th Hole
Items under $19

Visit our 19th Hole where everything is $19 and under. Here you can find great gift items and everything to accessorize your golf game.

### Specials

SUBMIT A REVIEW — FOR A CHANCE TO WIN $1000!

TO BE ELIGIBLE, SUBMIT A REVIEW AND ENTER YOUR EMAIL ADDRESS TO BECOME A VERIFIED REVIEWER.

Click for Official Rules

More Specials

### Featured Products

#### Golf Bags
- Stand Bags
- Cart Bags
- Carry Bags
- Travel Bags
- Tour Staff

#### Tiger Woods Collection

THE TIGER WOODS Collection

- TW Shirts
- TW Hats
- TW Shoes
- TW Belts
- Golf Balls
- More TW...

---

**SkyGolf SkyCaddie SG5 Golf GPS System**

**$429.99**
Earn 5% in Reward Dollars ($21.00)

---

**Cleveland CG14 Black Pearl Wedge**

**$109.95**

The CG14™ Black Pearl wedges offers a perfect balance of performance, versatility, and forgiveness. The design integrates Cleveland Golf's most advanced manufacturing and feel technology with a tour scrutinized shape, sole and offset.

---

**Garmin GolfLogix Golf GPS System**

**$349.99**
Earn 5% in Reward Dollars ($17.00)

Without ever having to push a button, GolfLogix GPS continually displays the distance to every target and hazard. All you do is check the distance, select your club and take your shot.

---

**Cleveland VP5 Mallet Putter**

### Team Logoed Merchandise

NCAA    MLB    NFL    NASCAR

**Team Effort NCAA Hat Clip and Ball Marker**
**$9.99**

**Callaway NCAA Licenced Golf Hat**
**$9.99**

**Datrek Collegiate Cart Bag**
**$179.99**

See all Team Sports Products

### Popular Products

**Callaway Warbird NFL Team Logo Balls**
**$24.99**

**Callaway Terra Firma X Stand Bag**
**$99.99**

**Nike Tiger Woods TW Player Cap**
**$19.99**

**Callaway Warbird MLB Team Logo Balls**
**$24.99**

**Titleist Collegiate Logo**



**$129.99**

The VP™ 5 Mallet Putter has a double bend shaft with Dual Axis Alignment™ technology that will aid players correct their address position every time.



**Hat - NCAA**
from **$23.99**



**Bag Boy EZ Fold 12 Push Cart**

**$139.99**
Earn 5% in **Reward Dollars** ($7.00)

Patented one step quick fold system. Ergonomically shaped handle reduces strain on wrists.

## Popular Categories



**Drivers**



**Irons**



**Shirts**



**GPS Units**



**Balls**



**Bags**

View All Categories

**Questions? Call us toll-free 1-866-411-4349.**

### Why buy from us?

- Earn Reward Dollars towards a future purchase
- Fast, FREE Ground Shipping on orders over $99
- No sales Tax (Outside of IL)
- Authorized Dealer for every brand we carry
- Brand new merchandise

- Low Prices. We'll match any authorized dealer's price
- Full Manufacturer's Warranty
- Safe & Secure Shopping
- High Customer Satisfaction
- In business over 32 years

### Recently Viewed Products

- Garmin GolfLogix Golf GPS System
- Scotty Cameron by Titleist Pivot Divot Tool

**Discount Golf World: Golf Equipment, Bags, Apparel, Gloves, Accessory, Shoes, Clubs, GPS**
  Discount Golf World is the main source for all of your golf club, bag, golf shoes, equipment, golf cart accessories and golf

balls. We have all the tools you need to improve your golf game like drivers, irons, putters, hybrid golf clubs and even practice equipment that can help you better your golf swing. If you play with a particular shaft, or loft angle check out our custom golf club options available on most of our clubs. We also have a wide variety of golf apparel including shirts, pants, socks, golf hats and sunglasses  that you need to look your best on the golf course. Need somewhere to store your clubs? We have mountains of golf bags including stand bags, cart bags, carry bags, tour staff bags and even golf travel bags to protect your clubs on those golf vacations that require heavy travel. If you are looking for a golf store that stocks the latest in technology from the top brands in the golf industry then you have come to the right place.  We have all kinds of golf equipment from Cleveland, Nike Golf, Titleist, Callaway Golf, Taylor Made, Adams, Mizuno Golf and many more. Whether you are looking for a nice new set of irons, a golf GPS system or even just a golf glove or golf accessory that you need for a quick fix, we have a virtual golf warehouse that has something in it for you. Our online golf shop at discountgolfworld.com is the answer to all of the golfers problems.

**DiscountGolfWorld.com can expedite the shipping of your golf equipment, bags, apparel, shoe or accessory purchase to these and more cities:**

About Us · Blog · Customer Service · Privacy Statement · Reviews · Site Map
Copyright ©2005-2008 Discount Golf World
Designated trademarks and brands are the property
of their respective owners.

Exhibit 15



Welcome! **Sign in** or **register**.

**Buy** | **Sell** | **My eBay** | **Community** | **Help**

**Site Map**

All Categories    [Search]    Advanced Search

**Categories ▾**   **Motors**   **Express**   **Stores**

Home > eBay Stores > Hockabee's > All Categories

**Add to My Favorite Stores**



### Hockabee's

Maintained by:  hockabee  ( 2921  ★ ) 

We sell NEW logoed Collegiate, Golf, Military Apparel. USC, Ohio State, Harvard, Notre Dame, Kansas, MO, UCLA, Cal, Cornell, others. Marines, Army, Air Force, Navy, Coast Guard. Shirts, Caps, Jackets, Hoodys, Rainwear. Gear, Champion, Sunice, Robert Trent Jones. Metal Art Wall Sculptures. Billiards

| Specials SUNICE Golf | Great Value Hot Deals | College Apparel Specials | Military Apparel Specials | Bargain Bin |
| Gift Ideas Under 25 Dollars | Fixed Price Specials | About the Seller | | |

# Welcome to Hockabee's!

## SAVE ON SHIPPING WITH MULTIPLE ITEM ORDERS. HALF OFF ON SHIPPING ON SECOND ITEM AND THEN FLAT $3.00 SHIPPING ON EACH ADDITIONAL ITEM.

## WE HAVE A GREAT SELECTION OF NEW APPAREL

## COLLEGIATE...MILITARY...GOLF

## CREWS -HOODIES - WINDBREAKERS - JACKETS

## ALL WELL BELOW RETAIL PRICES

## GREAT GOLF APPAREL ON SALE

## SHIRTS -  SWEATERS -  RAINWEAR - ALL at BARGAIN PRICES.

## Premium SUNICE and Robert Trent Jones golf apparel discounted for your Holiday shopping.  Get a FREE Bonus item with purchase on many of your favorites.

**Don't forget to SHOP our HOT DEALS and the Bargain Bin for BIG DISCOUNTS.**

**IF YOU DON'T WANT TO WAIT FOR AUCTIONS CHECK OUT OUR NEW FIXED PRICE SPECIALS.**

**We sell NEW Logoed US Military, Golf and Collegiate Apparel, as well as plain Sportswear and Outerwear.  We also feature unique Metal Art Wall Sculptures.**

## Store Search

robert trent jones

☐ in titles & descriptions

[ Search ]

**Matching Categories**

**Store home**
**Mens Wear** (14)
- Shirts (11)
- Vests (3)

**Golf** (80)
- Shirts (23)
- Pullovers (15)
- Jackets (5)
- Specials (26)
- Vests (3)
- Outerwear (5)
- Sweaters (3)

Hide All Subcategories

*See all items in the store*

**Display**
- Hide Gallery View
- View ending times
  (Ends PST)

## New Arrivals!

- LAMBEAU GREEN BAY PACKERS NFL HOODED SWEATSHIRT NWT XXL
- NEW SC USC TROJANS GOLF COTTON POLO BLACK

## Store Newsletter!

GREAT Holiday Special promotions coming up soon. Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

[ Sign Up ]

**47** items found for **robert trent jones** in All Categories

List View | Picture Gallery

## Ending Soon!



ARTWORK METAL ART WALL DECOR SCULPTURE PICTURE 11X16B
$39.95
Time Left: 0d 1h 0m 58s

**See all items...**

View: **All Items** | Auction only | Buy It Now only | On Sale only

Sort by: Time: ending soonest

**Item Title**



NEW ROBERT TRENT JONES ZIP DUBLIN GOLF JACKET NWT L  P
**$34.95**
$44.95  Buy It Now
Time Left: 1h 01m



ROBERT TRENT JONES GOLF POLO & MOCK POLO SHIRT L NWT  P
SAVE! HUGE SAVINGS ON 2 SHIRT COMBO FREE SHIPPING
**$79.95**
$99.95  Buy It Now
Time Left: 3d 22h 31m



ROBERT TRENT JONES GOLF CASHMERE POLO SWEATER NWT L  P
**$129.95**
$149.95  Buy It Now
Time Left: 3d 22h 31m



ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L
HUGE SAVINGS!! $270 Retail St James Polo Style OCEAN
**$129.95**
$149.95  Buy It Now

[SHIRT NWT L](#)
[See all items...](#)

Time Left:
3d 22h 31m

---



[RTJ ROBERT
TRENT STRIPE
JONES GOLF
POLO SHIRT
NWT XL](#) P

HUGE SAVINGS!
CELEBRATION POLO
HONEY
**$44.95**
$49.95 *Buy It Now*
Time Left:
3d 22h 31m



[ROBERT TRENT
JONES
MONGOLIAN
CASHMERE
SWEATER NWT
L](#) P

HUGE SAVINGS!!
$270 Retail St
James Polo Style
LAVENDER
**$129.95**
$149.95 *Buy It Now*
Time Left:
3d 22h 31m

---



[FREE CAP
ROBERT TRENT
JONES GOLF
POLO SHIRT
NWT L](#) P

100% Pima Cotton
Lisle Double
Mercerized
BLACK/WHITE
**$49.95**
$59.95 *Buy It Now*
Time Left:
3d 23h 26m



[ROBERT TRENT
JONES
MONGOLIAN
CASHMERE
SWEATER NWT
L](#) P

HUGE SAVINGS!!
$270 Retail V-Neck
OCEAN
**$129.95**
$149.95 *Buy It Now*
Time Left:
3d 23h 26m

---



[ROBERT TRENT
JONES
MONGOLIAN
CASHMERE
SWEATER NWT
L](#) P

HUGE SAVINGS!!
$270 Retail Crew
Neck CREME
**$129.95**
$149.95 *Buy It Now*
Time Left:
3d 23h 26m



[ROBERT TRENT
JONES
MONGOLIAN
CASHMERE
SWEATER NWT
L](#) P

HUGE SAVINGS!!
$270 Retail V-Neck
KIWI GREEN
**$129.95**
$149.95 *Buy It Now*
Time Left:
3d 23h 26m

---



[ROBERT TRENT
JONES
MONGOLIAN
CASHMERE
SWEATER NWT
L](#) P
**$129.95**
$149.95 *Buy It Now*
Time Left:
3d 23h 27m



[ROBERT TRENT
JONES GOLF
POLO SHIRT
PIMA COTTON
VEST L](#) P

NWT HUGE
SAVINGS ON
COMBO
PUNCH/CREAM
**$119.95**

$139.95 Buy It Now
Time Left:
3d 23h 27m

---



**ROBERT TRENT JONES GOLF LISLE CLASSIC POLO SHIRT NWT L** P

100% Pima Cotton Lisle Double Mercerized CITRUS GREEN
**$49.95**
$59.95 Buy It Now
Time Left:
4d 01h 00m



**ROBERT TRENT JONES GOLF POLO SHIRT PIMA VEST NWT L** P

100% Cotton Double Mercerized MELON BENTGRASS STRIPE/SK
**$119.95**
$139.95 Buy It Now
Time Left:
4d 01h 09m

---



**ROBERT TRENT JONES GOLF V-NECK CASHMERE SWEATER NWT M** P

HUGE SAVINGS!!
$270 Retail Celebration V-Neck MELON
**$129.95**
$149.95 Buy It Now
Time Left:
4d 01h 09m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L** P

HUGE SAVINGS!!
$270 Retail St James Polo Style MELON
**$129.95**
$149.95 Buy It Now
Time Left:
4d 01h 09m

---



**FREE CAP ROBERT TRENT JONES PIMA GOLF SWEATER NWT M** P

HUGE SAVINGS!!
$20 Cap FREE Crew Neck CLARET BURGUNDY
**$59.95**
$69.95 Buy It Now
Time Left:
4d 01h 09m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L** P

HUGE SAVINGS!!
$270 Retail V-Neck PACIFIC BLUE
$159.95 Buy It Now

---



**ROBERT TRENT JONES GOLF SANTA BARBARA POLO SHIRT NWT L** P

100% Pima Cotton Double Mercerized MESA JACQUARD GOLD



**ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST L** P

NWT HUGE SAVINGS! CAMEL HEATHER
$79.95 Buy It Now

$59.95 Buy It Now



**BRAND NEW ROBERT TRENT JONES GOLF DUBLIN JACKET NWT L** P
**$39.95**
$49.95 Buy It Now
Time Left:
4d 03h 16m



**NEW ROBERT TRENT JONES RTJ HUDSON FULL ZIP VEST NWT M** P
**$39.95**
$49.95 Buy It Now
Time Left:
4d 03h 16m



**ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST M** P
NWT HUGE SAVINGS! SAND
**$69.95**
$79.95 Buy It Now
Time Left:
4d 03h 19m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L** P
HUGE SAVINGS!! $270 Retail Crew Neck HONEY
**$129.95**
$149.95 Buy It Now
Time Left:
4d 03h 19m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L** P
HUGE SAVINGS!! $270 Retail Crew Neck BLUE/GREEN/GRAY
**$129.95**
$149.95 Buy It Now
Time Left:
4d 03h 19m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT L** P
HUGE SAVINGS!! $270 Retail V-Neck AQUA MARINE
**$129.95**
$149.95 Buy It Now
Time Left:
4d 03h 19m



**ROBERT TRENT JONES MONGOLIAN CASHMERE SWEATER NWT XL** P
HUGE SAVINGS!! $270 Retail Crew Neck CREME
**$129.95**
$149.95 Buy It Now
Time Left:
4d 03h 19m



**HOT ROBERT TRENT JONES GOLF CLASSIC POLO SHIRT NWT L** P
PIMA COTTON Double Mercerized CITRUS Retails $93.00
**$49.95**
$59.95 Buy It Now
Time Left:
4d 05h 43m



**BRAND NEW
ROBERT TRENT
JONES ZIP
DUBLIN JACKET
NWT L**
$49.95 *Buy It Now*



**ROBERT TRENT
JONES FULL ZIP
NAVY DUBLIN
JACKET NWT M**
$54.95 *Buy It Now*

**Page 1** of 2

◄ Previous    **1** | 2 | Next ➡

**Go to page**
Go

**An eBay Store maintained by:**    hockabee ( 2921 ⭐ )    Power Seller    me    Seller, manage Store

**Tools:**  My eBay Favorites    |    Want It Now

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy |
Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time
.

# Exhibit 16



# **Welcome to Hockabee's!**

## SAVE ON SHIPPING WITH MULTIPLE ITEM ORDERS. HALF OFF ON SHIPPING ON SECOND ITEM AND THEN FLAT $3.00 SHIPPING ON EACH ADDITIONAL ITEM.

### WE HAVE A GREAT SELECTION OF NEW APPAREL

### COLLEGIATE...MILITARY...GOLF

### CREWS -HOODIES - WINDBREAKERS - JACKETS

### ALL WELL BELOW RETAIL PRICES

### GREAT GOLF APPAREL ON SALE

### SHIRTS -  SWEATERS -  RAINWEAR - ALL at BARGAIN PRICES.

### Premium SUNICE and Robert Trent Jones golf apparel discounted for your Holiday shopping.  Get a FREE Bonus item with purchase on many

**of your favorites.**

**Don't forget to SHOP our HOT DEALS and the Bargain Bin for BIG DISCOUNTS.**

**IF YOU DON'T WANT TO WAIT FOR AUCTIONS CHECK OUT OUR NEW FIXED PRICE SPECIALS.**

**We sell NEW Logoed US Military, Golf and Collegiate Apparel, as well as plain Sportswear and Outerwear. We also feature unique Metal Art Wall Sculptures.**



Store Search

☐ in titles & descriptions

[ Search ]

**Store Categories**

**Store home**
**Art Work** (34)
- Specials (10)
- Wall Sculpture (23)
- Oil Painting (1)

**Electronics / Office** (1)
**Sports Collectibles** (4)
**Sports Gear** (27)
**Dolls Collectible** (3)
**Mens Wear** (135)
- Jackets (17)
- Sweatshirts & Hoodys (41)
- Shirts (31)
- Windbreakers (8)
- Shorts & Pants (8)
- Mens Specials (2)
- Mens Pullovers (17)
- **Vests** (6)
- Outerwear (5)

**Back to School** (63)
**Military** (250)
- Golf & Polo Shirts (5)
- Sweatshirts & Hoodys (85)
- Jackets (19)
- Shorts & Pants (7)

Store Newsletter!

GREAT Holiday Special promotions coming up soon. Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

[ Sign Up ]

Ending Soon!

ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST L
US $79.95
Time Left: 4d 1h 32m 21s
**See all items...**

**6 items found in Vests**

View: **All Items** | Auction only | Buy It Now only | On Sale only

List View | Picture Gallery

Sort by: Time: ending soonest

**Item Title**

ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST L ℗
NWT HUGE SAVINGS! CAMEL HEATHER
US $79.95 *Buy It Now*

NEW ROBERT TRENT JONES RTJ HUDSON FULL ZIP VEST NWT M ℗
US **$39.95**
US $49.95 *Buy It Now*
Time Left: 4d 02h 48m

ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST M ℗
NWT HUGE SAVINGS! SAND
US **$69.95**

NAVY BLUE V-NECK COTTON PULLOVER SLEEVELESS VEST L NWT ℗
New Authentic Apparel By Gear for Sports
US $14.95

- Pullovers (77)
- T-Shirts (13)
  - Army (8)
  - Marines (3)
  - Navy (2)
- Caps (2)
- Specials (2)
- Outerwear (28)
- Windbreaker (12)
- **Golf** (280)
- Shirts (67)
- Sunice (69)
- Sweatshirts & Hoodys (7)
- Pullovers (35)
- Jackets (10)
- Specials (55)
- Vests (8)
- Outerwear (10)
- Windbreaker (13)
- Sweaters (6)
- **Collegiate** (437)
- Sweatshirts & Hoodys (150)
- Pullovers (116)
- Caps (2)
- Jackets (60)
- Shirts (24)
- Specials (17)
- Outerwear (58)
- Shorts / Pants (1)
- Windbreakers (9)
- **Outerwear** (10)
- Leather (3)
- Suede (5)
- Nylon (2)
- **Womens Wear** (43)
- Casual (3)
- Jackets (9)
- Sweatshirts & Hoodys (16)
- Tops (8)
- Windbreakers (2)
- Womens Specials (2)
- Outerwear (3)
- **Youth** (5)
- **Bargain Bin** (5)
- **Sunice** (64)
- Womens (7)
- Weather (16)
- Storm (7)

US
$79.95 Buy It Now
Time Left:
4d 02h 51m

$14.95 Buy It Now

---



PGA TOUR V-NECK GOLF COTTON SLEEVELESS VEST NWT L

US
$29.95 Buy It Now



PGA TOUR V-NECK GOLF COTTON SLEEVELESS VEST NWT L

US
$29.95 Buy It Now

**Page 1** of 1

- ▪ <u>Typhoon</u> (30)
- ▪ <u>Tornado</u> (3)
- ▪ <u>Hurricane</u> (1)
- **Billiards** (11)
- ▪ <u>Billiards Specials</u> (11)
- **Other Items** (4)

<u>Hide All Subcategories</u>

**Display**

- ▪ <u>Hide Gallery View</u>
- ▪ <u>View ending times</u>
  (Ends PST)

## New Arrivals!

- ▪ <u>NEW ROBERT TRENT JONES RTJ HUDSON FULL ZIP VEST NWT M</u>
- ▪ <u>ROBERT TRENT JONES GOLF FAIR ISLE BABY ALPACA VEST M</u>

**<u>See all items...</u>**

---

**An eBay Store maintained by:**    <u>hockabee</u> ( <u>2921</u> ★ )           <u>Seller, manage Store</u>

RSS | <u>Learn more about feeds</u>

**Tools:**  <u>My eBay Favorites</u>  |  <u>Email this Store to a friend</u>

<u>eBay Pulse</u> | <u>eBay Reviews</u> | <u>eBay Stores</u> | <u>Half.com</u> | <u>eBay Express</u> | <u>Reseller Marketplace</u> | <u>Austria</u> | <u>France</u> | <u>Germany</u> | <u>Italy</u> | <u>Spain</u> | <u>United Kingdom</u> | <u>Popular Searches</u>
<u>Kijiji</u> | <u>PayPal</u> | <u>ProStores</u> | <u>Apartments for Rent</u> | <u>Shopping.com</u> | <u>Skype</u> | <u>Tickets</u>

<u>About eBay</u> | <u>Announcements</u> | <u>Security Center</u> | <u>Policies</u> | <u>Government Relations</u> | <u>Site Map</u> | <u>Help</u>

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay <u>User Agreement</u> and <u>Privacy Policy</u>.

.

<u>eBay official time</u> Page last updated: Jan-10 13:46:17 PST

Exhibit 17



Buy  Sell  My eBay  Community  Help

Welcome! **Sign in** or **register**

**Français** | **Site Map**

All Categories          Search    **Advanced Search**

**Categories ▼**   **Motors**   **Stores**

Home  ›  eBay Stores  ›  Hockabee's  ›  Golf  ›  Jackets          **Add to My Favourite Stores** | **Sign up for Store newsletter**

**Hockabee's**

**Maintained by:** hockabee ( 2921 )  Power Seller

We sell NEW logoed Collegiate, Golf, Military Apparel. USC, Ohio State, Harvard, Notre Dame, Kansas, MO, UCLA, Cal, Cornell, others. Marines, Army, Air Force, Navy, Coast Guard. Shirts, Caps, Jackets, Hoodys, Rainwear. Gear, Champion, Sunice, Robert Trent Jones. Metal Art Wall Sculptures. Billiards

**Specials SUNICE Golf**  |  **Great Value Hot Deals**          **College Apparel Specials**  |  **Military Apparel Specials**  |  **Bargain Bin**

**Gift Ideas Under 25 Dollars**  |  **Fixed Price Specials**          **About the Seller**

# Welcome to Hockabee's!

## SAVE ON SHIPPING WITH MULTIPLE ITEM ORDERS. HALF OFF ON SHIPPING ON SECOND ITEM AND THEN FLAT $3.00 SHIPPING ON EACH ADDITIONAL ITEM.

## WE HAVE A GREAT SELECTION OF NEW APPAREL

## COLLEGIATE...MILITARY...GOLF

## CREWS -HOODIES - WINDBREAKERS - JACKETS

## ALL WELL BELOW RETAIL PRICES

## GREAT GOLF APPAREL ON SALE

## SHIRTS -  SWEATERS -  RAINWEAR - ALL at BARGAIN PRICES.

## Premium SUNICE and Robert Trent Jones golf apparel discounted for your Holiday shopping.  Get a FREE Bonus item with purchase on many of your favorites.

**Don't forget to SHOP our HOT DEALS and the Bargain Bin for BIG DISCOUNTS.**

**IF YOU DON'T WANT TO WAIT FOR AUCTIONS CHECK OUT OUR NEW FIXED PRICE SPECIALS.**

**We sell NEW Logoed US Military, Golf and Collegiate Apparel, as well as plain Sportswear and Outerwear.  We also feature unique Metal Art Wall Sculptures.**



**Store Search**

☐ in titles & descriptions

[Search]

**Store Categories**

**Store home**
**Art Work** (33)
▪ Specials (10)
▪ Wall Sculpture (22)
▪ Oil Painting (1)
**Sports Collectibles** (4)
**Sports Gear** (21)
**Mens Wear** (132)
▪ Jackets (17)
▪ Sweatshirts & Hoodys (40)
▪ Shirts (29)
▪ Windbreakers (8)
▪ Shorts & Pants (8)
▪ Mens Specials (2)
▪ Mens Pullovers (17)
▪ Vests (6)
▪ Outerwear (5)
**Back to School** (63)
**Military** (245)
▪ Golf & Polo Shirts (5)
▪ Sweatshirts & Hoodys (83)
▪ Jackets (19)
▪ Shorts & Pants (7)
▪ Pullovers (75)
▪ T-Shirts (13)
   Army (8)
   Marines (3)
   Navy (2)
▪ Caps (2)

**Store Newsletter!**

GREAT Holiday Special promotions coming up soon. Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

[Sign Up]

**Ending Soon!**

NEW ROBERT TRENT JONES ZIP DUBLIN GOLF JACKET NWT L
US $34.95
Time Left: 29m
See all items...

**10** items found in **Jackets**      View: **All Items** | Auction only | Buy It Now only | On Sale only

List View | **Picture Gallery**      Sort by: Time: ending soonest

**Item Title**

NEW ROBERT TRENT JONES ZIP DUBLIN GOLF JACKET NWT L 🅿
C **$35.24**
C
$45.32 ≡Buy It Now
Time Left: 29m

BRAND NEW ROBERT TRENT JONES GOLF DUBLIN JACKET NWT L 🅿
C **$40.28**
C
$50.36 ≡Buy It Now
Time Left: 4d 02h 44m

BARGAIN GOLF ZIP JACKET WINDBREAKER LONG SLEEVE NWT L 🅿
C **$15.07**
C
$25.16 ≡Buy It Now
Time Left: 4d 02h 47m

BRAND NEW CALLAWAY GOLF FULL ZIP JACKET COAT NWT L 🅿
C **$50.36**
C
$60.45 ≡Buy It Now
Time Left: 4d 05h 11m

BRAND NEW

ROBERT

- Specials (2)
- Outerwear (27)
- Windbreaker (12)

**Golf** (276)

- Shirts (64)
- Sunice (69)
- Sweatshirts & Hoodys (7)
- Pullovers (34)
- **Jackets** (10)
- Specials (55)
- Vests (8)
- Outerwear (10)
- Windbreaker (13)
- Sweaters (6)

**Collegiate** (436)

- Sweatshirts & Hoodys (150)
- Pullovers (116)
- Caps (2)
- Jackets (60)
- Shirts (23)
- Specials (17)
- Outerwear (58)
- Shorts / Pants (1)
- Windbreakers (9)

**Outerwear** (10)

- Leather (3)
- Suede (5)
- Nylon (2)

**Womens Wear** (42)

- Casual (3)
- Jackets (8)
- Sweatshirts & Hoodys (16)
- Tops (8)
- Windbreakers (2)
- Womens Specials (2)
- Outerwear (3)

**Youth** (5)

**Bargain Bin** (5)

**Sunice** (64)

- Womens (7)
- Weather (16)
- Storm (7)
- Typhoon (30)
- Tornado (3)
- Hurricane (1)

**Billiards** (11)

- Billiards Specials (11)

**Other Items** (4)



ROBERT TRENT JONES ZIP DUBLIN JACKET NWT L

C
$50.36  *Buy It Now*



TRENT JONES FULL ZIP NAVY DUBLIN JACKET NWT M
P
C
$55.41  *Buy It Now*



ROBERT TRENT JONES FULL ZIP NAVY DUBLIN JACKET NWT S
P
C
$55.41  *Buy It Now*



GOLF FULL ZIP JACKET WINDBREAKER LONG SLEEVE NWT L  P
Gear For Sports Polyester PESTO/GRAPHITE
C
$25.16  *Buy It Now*



GOLF FULL ZIP LONG SLEEVE JACKET WINDBREAKER NWT L  P
Polyester Gear For Sports NUTMEG/GRAPHITE
C
$25.16  *Buy It Now*



PINE VALLEY EMBROIDERED FULL ZIP TECH JACKET NWT L  P
Gear For Sports Polyester Long Sleeve BLACK/GRAPHITE
C
$30.20  *Buy It Now*

**Page 1** of 1

**Other Items in This Seller's Store**

- Some items in this Store are not currently available to ebay.ca. Visit ebay.com to view all items that this Seller offers.

Hide All Subcategories

**Display**

- Hide Gallery View
- View ending times
  (Ends EST)

## New Arrivals!

- BRAND NEW CALLAWAY GOLF FULL ZIP JACKET COAT NWT L
- BARGAIN GOLF ZIP JACKET WINDBREAKER LONG SLEEVE NWT L

**See all items...**

**An eBay Store maintained by:**    hockabee ( 2921 ⭐ )  Power Seller  me  □                    Seller, manage Store

RSS | Learn more about feeds

**Tools:**  My eBay Favourites

About eBay | Announcements | Security Centre | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

.

eBay official time Page last updated: 10-Jan 16:50:11 EST

Exhibit 18

Web    Images    Maps    News    Shopping    Gmail    more ▼                    Sign in

Google

Hockabee, Robert Trent Jones          Search    Advanced Search
                                                Preferences

**Web**                    Results **1 - 10** of about **502** for **Hockabee, Robert Trent Jones**. **(0.12** seconds)

eBay Store - **Hockabee's**: Sports Apparel, golf, Art Work
Buy Sports Apparel and golf items from **Hockabee's** eBay Store. **...** Premium SUNICE and
**Robert Trent Jones** golf apparel discounted for your Holiday shopping. **...**
stores.ebay.com/**Hockabee**s - 116k - Cached - Similar pages

    eBay Store - **Hockabee's**: Vests: NEW **ROBERT TRENT JONES** RTJ HUDSON **...**
    **Hockabee's**: Vests - NEW **ROBERT TRENT JONES** RTJ HUDSON FULL ZIP VEST NWT
    M, **ROBERT TRENT JONES** GOLF FAIR ISLE BABY ALPACA VEST M, PGA TOUR V-
    NECK GOLF COTTON **...**
    stores.ebay.com/**Hockabee**s_Mens-Wear_Vests_W0QQfsubZ5148529QQfrsrcZ1 - 82k -
    Cached - Similar pages
    [ More results from stores.ebay.com ]

eBay Store - **Hockabee's**: Sweaters: **ROBERT TRENT JONES** MONGOLIAN **...**
**Hockabee's**: Sweaters - **ROBERT TRENT JONES** MONGOLIAN CASHMERE SWEATER
NWT L, BARGAIN IRONWOOD GOLF COWL PULLOVER FLEECE SHIRT XL, NEW RTJ
GOLF V-NECK **...**
stores.ebay.ca/**Hockabee**s_Golf_Sweaters_
W0QQcolZ4QQdirZ1QQfsubZ12053889QQftidZ2QQtZkm - 80k - Cached - Similar pages

    eBay Store - **Hockabee's**: Jackets: BRAND NEW **ROBERT TRENT JONES** **...**
    **Hockabee's**: Jackets - BRAND NEW **ROBERT TRENT JONES** GOLF DUBLIN JACKET
    NWT L, BARGAIN GOLF ZIP JACKET WINDBREAKER LONG SLEEVE NWT L – at low
    prices, **...**
    stores.ebay.ca/**Hockabee**s_Golf_Jackets_
    W0QQcolZ4QQdirZ1QQfsubZ4648498QQftidZ2QQtZkm - 85k - Cached - Similar pages
    [ More results from stores.ebay.ca ]

eBay UK Shop - **Hockabee's**: Sports Apparel, golf, Art Work
Buy Sports Apparel, golf, Art Work items from **Hockabee's** eBay Shop. **...** Premium
SUNICE and **Robert Trent Jones** golf apparel discounted for your Holiday **...**
stores.ebay.co.uk/**Hockabee**s - 115k - Cached - Similar pages

eBay Singapore Store: Search results for Hockabee's.
Maintained by: **hockabee** ( 2750 ) Member is a PowerSeller About Me Member has an **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
search.stores.ebay.com.sg/
**Hockabee**s__W0QQfclZ4QQfrppZ30QQfrtsZ0QQfsooZ1QQfsopZ1QQfsubZ8073473QQsaselZ9918...
- 68k - Cached - Similar pages

eBay Malaysia Shop - Hockabee's: Golf: SUNICE GOLF TYPHOON MENS **...**
Maintained by: **hockabee** ( 2801 ) Member is a PowerSeller About Me Member has an **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.com.my/**Hockabee**s_Golf_W0QQfsubZ2431015 - 116k -
Cached - Similar pages

eBay Philippines Store -: Search results for Hockabee's.

Maintained by: **hockabee** ( 2769 ) Member is a PowerSeller About Me Member has an **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
search.stores.ebay.ph/

**Hockabee**s__W0QQfclZ4QQfrppZ30QQfrtsZ0QQfsooZ2QQfsopZ2QQsaselZ99181784QQsofpZ0
- 117k - Cached - Similar pages

### eBay Store: Search results for **Hockabee's**.

Welcome to **Hockabee's**! SAVE ON SHIPPING WITH MULTIPLE ITEM ORDERS. **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your Holiday **...**
search.stores.ebay.com/**Hockabee**s_brand_
W0QQftsZ1QQsaselZ99181784QQsatitleZbrandQQsofpZ0 - 98k - Cached - Similar pages

### eBay Seller: **hockabee**: Golf, Golf Memorabilia items on eBay.ie

**hockabee** is an eBay seller listing items in Golf, Golf Memorabilia, Horse Racing
Memorabilia **...** NEIMAN MARCUS **ROBERT TRENT JONES** GOLF POLO SHIRT NWT
XL **...**
search.ebay.ie/_W0QQsassZ**hockabee** - 105k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar



Hockabee, Robert Trent Jones    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                                                  Sign in

**Google**

Hockabee, Robert Trent Jones          [Search]    Advanced Search
                                                   Preferences

**Web**                          Results **11** - **20** of about **502** for **Hockabee, Robert Trent Jones**. (0.11 seconds)

### eBay Malaysia Shop - Hockabee's: Collegiate: MICHIGAN STATE ...
**Hockabee's**: Collegiate - MICHIGAN STATE SPARTANS VINTAGE 2005 BIG 10 CAP
NWT, ... Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
stores.ebay.com.my/**Hockabee**s_Collegiate_W0QQfsubZ4631016 - 113k -
Cached - Similar pages

### eBay Store: Search results for Hockabee's.
Maintained by: **hockabee** ( 2901 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
search.stores.ebay.com/
**Hockabee**s_golf_W0QQfsubZ1QQsaselZ99181784QQsatitleZgolfQQsofpZ0 - 96k -
Cached - Similar pages

### eBay Singapore Store: Search results for Hockabee's.
Maintained by: **hockabee** ( 2763 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
search.stores.ebay.com.sg/
**Hockabee**s__W0QQfclZ4QQfrppZ30QQfrtsZ0QQfsooZ1QQfsopZ1QQfsubZ4468198QQsaselZ9918...
- 99k - Cached - Similar pages

### Hockabee's eBay.ca Store About My Store
Maintained by: **hockabee** ( 2866 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
members.ebay.ca/ws/eBayISAPI.dll?ViewUserPage&userid=**hockabee** - 210k -
Cached - Similar pages

### Hockabee's eBay Store About My Store
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ... We started
**Hockabee's** after discovering we had accumulated more 'stuff' than we ...
members.ebay.com/ws/eBayISAPI.dll?ViewUserPage&userid=**hockabee** - 210k -
Cached - Similar pages

### eBay Malaysia Seller: hockabee: Men's Clothing, Women's Clothing ...
**hockabee** is an eBay Malaysia seller listing items in Men's Clothing, Women's Clothing, ...
ROBERT TRENT JONES GOLF SANTA BARBARA POLO SHIRT NWT L ...
search.ebay.com.my/_W0QQsassZ**hockabee** - 101k - Cached - Similar pages

### eBay Store on eBay Canada: Search results for Hockabee's.
Maintained by: **hockabee** ( 2868 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
search.stores.ebay.ca/**Hockabee**s_bargain_
W0QQftsZ1QQsaselZ99181784QQsatitleZbargainQQsofpZ0 - 74k - Cached - Similar pages

### eBay Store on eBay Canada: Search results for Hockabee's.
Maintained by: **hockabee** ( 2552 ) Member is a PowerSeller About Me Member ... Premium
SUNICE and **Robert Trent Jones** golf apparel priced at 50% off and more! ...
search.stores.ebay.ca/
**Hockabee**s__W0QQfclZ4QQfrppZ30QQfrtsZ0QQfsooZ1QQfsopZ1QQsaselZ99181784QQsofpZ0
- 117k - Cached - Similar pages
[ More results from search.stores.ebay.ca ]

Case 3:07-cv-04913-SC       Document 39-6       Filed 01/11/2008       Page 63 of 89

eBay Store - :

Maintained by: **hockabee** ( 2746 ) Member is a PowerSeller About Me Member has an **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.com.sg/**Hockabee**s - 113k - Cached - Similar pages

Hockabee's eBay Store About My Store

Maintained by: **hockabee** ( 2912 ) Member is a PowerSeller About Me Member has an **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
cgi3.ebay.com/ws/eBayISAPI.dll?ViewUserPage&userid=**hockabee** - 210k -
Cached - Similar pages

**Previous** 1 **2** 3 4 5 6 7 8 9 10       **Next**

Hockabee, Robert Trent Jones       Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

Google

Hockabee, Robert Trent Jones        [ Search ]   Advanced Search
                                                 Preferences

**Web**                    Results **21** - **30** of about **502** for **Hockabee, Robert Trent Jones**. (**0.12** seconds)

**Sprzedawca eBay: hockabee: Odzież sportowa, Odzież męska po ...**
Sprzedawca eBay **hockabee** wystawia w kategorii Odzież sportowa, Odzież męska, ...
NEW **ROBERT TRENT JONES** ZIP DUBLIN GOLF JACKET NWT L. US $34,95 US
$44,95 ...
search.ebay.pl/_W0QQfgtpZ1QQfrppZ25QQsassZ**hockabee** - 81k -
Cached - Similar pages

**Sprzedawca eBay: hockabee: Odzież sportowa, Odzież męska po ...**
Sprzedawca eBay **hockabee** wystawia w kategorii Odzież sportowa, Odzież męska, Odzież
damska na ... NEIMAN MARCUS **ROBERT TRENT JONES** GOLF POLO SHIRT NWT L ...
search.ebay.pl/_W0QQsassZ**hockabee** - 117k - Cached - Similar pages

**eBay Canada Seller: hockabee: Fan Apparel Souvenirs, Men's ...**
**hockabee** is an eBay Canada seller listing in Fan Apparel Souvenirs, Men's Clothing, ...
FREE CAP **ROBERT TRENT JONES** GOLF LISLE POLO SHIRT NWT L ...
search.ebay.ca/_W0QQsassZ**hockabee** - 107k - Cached - Similar pages

**Hockabee's eBay Store About My Store**
Maintained by: **hockabee** ( 2766 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
members.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewUserPage&userid=**hockabee** -
216k - Cached - Similar pages

**Boutique eBay - Hockabee's - Golf: NEW ROBERT TRENT JONES ZIP ...**- [ Translate this page ]
Achat et vente d'objets: NEW **ROBERT TRENT JONES** ZIP DUBLIN GOLF JACKET NWT
L, ... Boutique tenue par : **hockabee** ( 2885 ) Le membre est un PowerSeller Page ...
stores.ebay.fr/**Hockabee**s_Golf_W0QQfsubZ4631015 - 122k - Cached - Similar pages

**BRAND NEW ROBERT TRENT JONES GOLF POLO SHIRT NWT L en venta
en ...**- [ Translate this page ]
Vendedor:, **hockabee** ( 2682 ) El usuario es un PowerSeller Acerca de mí. Votos:, 100%
positivos ... **ROBERT TRENT JONES** Custom Golf Polo! INCREDIBLE PRICE! ...
cgi.ebay.es/BRAND-NEW-**ROBERT-TRENT-JONES**-GOLF-POLO-SHIRT-NWT-L_
W0QQitemZ190174146467QQihZ009QQcategoryZ63... - 95k - Cached - Similar pages

**BRAND NEW ROBERT TRENT JONES GOLF POLO SHIRT NWT L - eBay,
Other ...**- [ Translate this page ]
Vind BRAND NEW **ROBERT TRENT JONES** GOLF POLO SHIRT NWT L in de Sporting
Goods ; Golf ; Other ... Verkoper:, **hockabee** ( 2743 ) Lid is een PowerSeller Over mij ...
cgi.ebay.nl/BRAND-NEW-**ROBERT-TRENT-JONES**-GOLF-POLO-SHIRT-NWT-L_
W0QQitemZ190174146467QQihZ009QQcategoryZ63... - 91k - Cached - Similar pages

**eBay Store - :**
Maintained by: **hockabee** ( 2870 ) Member is a PowerSeller About Me Member has an ...
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your ...
stores.ebay.com.sg/**Hockabee**s_Art-Work_W0QQfsubZ2 - 103k - Cached - Similar pages

**eBay Seller: hockabee: Fan Apparel Souvenirs, Men's Clothing items ...**

**hockabee** is an eBay seller listing items in Fan Apparel Souvenirs, Men's Clothing, ...

**ROBERT TRENT JONES** GOLF LISLE CLASSIC POLO SHIRT NWT L ...
search.ebay.com/_W0QQfrtsZ150QQsassZ**hockabee** - 114k - Cached - Similar pages

**Sprzedawca eBay: hockabee: SUNICE WOMENS GOLF STORM WATERPROOF ...**
Sprzedawca eBay **hockabee** wystawia w kategorii SUNICE WOMENS GOLF STORM
WATERPROOF RAINSHIRT NWT L ... NEIMAN MARCUS **ROBERT TRENT JONES**
GOLF POLO SHIRT NWT L ...
sport-turystyka.search.ebay.pl/_Sport-i-Turystyka_W0QQsacatZ382QQsassZ**hockabee** -
119k - Cached - Similar pages

**Previous** 1 2 **3** 4 5 6 7 8 9 10     **Next**

Hockabee, Robert Trent Jones     | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                            Sign in

**Google**

Hockabee, Robert Trent Jones          [ Search ]   Advanced Search
                                                    Preferences

**Web**               Results **31** - **40** of about **502** for **Hockabee**, **Robert** **Trent** **Jones**. (**0.12** seconds)

Tip: Search for **English** results only. You can specify your search language in Preferences

## ROBERT TRENT JONES GOLF V-NECK CASHMERE SWEATER NWT M en vente
sur ...- [ Translate this page ]
Vendeur :, **hockabee** ( 2690 ) Le membre est un PowerSeller Page perso **... ROBERT
TRENT JONES**--speaks for itself. Inspired by visionary golf course architects **...**
cgi.ebay.fr/**ROBERT-TRENT-JONES**-GOLF-V-NECK-CASHMERE-SWEATER-NWT-M_
W0QQitemZ190173788729QQihZ009QQcategory... - 94k - Cached - Similar pages

### ROBERT TRENT JONES GOLF V-NECK CASHMERE SWEATER NWT M en vente
sur ...- [ Translate this page ]
Vendeur :, **hockabee** ( 2743 ) Le membre est un PowerSeller Page perso **... ROBERT
TRENT JONES**--speaks for itself. Inspired by visionary golf course architects **...**
cgi.ebay.fr/**ROBERT-TRENT**-JONES-GOLF-V-NECK-CASHMERE-SWEATER-NWT-M_
W0QQitemZ190178450468QQihZ009QQcategory... - 97k - Cached - Similar pages
[ More results from cgi.ebay.fr ]

## eBay España: NEW HOT ROBERT TRENT JONES PIMA COTTONGOLF POLO
SHIRT ...- [ Translate this page ]
Vendedor:, **hockabee** ( 2546 ) El usuario es un PowerSeller Acerca de mí **... ROBERT
TRENT JONES**--speaks for itself. Inspired by visionary golf course **...**
cgi.ebay.es/NEW-HOT-**ROBERT**-**TRENT**-**JONES**-PIMA-COTTONGOLF-POLO-SHIRT-
L_W0QQitemZ190163811366QQihZ009QQcatego... - 91k - Cached - Similar pages

## eBay Shop - Hockabee's: Wir verkaufen Sports Apparel, golf, Art Work.- [ Translate this page ]
Verwaltet von: **hockabee** ( 2870 ) Mitglied ist ein PowerSeller Mich-Seite Mitglied **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.de/**Hockabee**s_W0QQcolZ4QQdirZ1QQfsubZ0QQftidZ1QQtZkm - 119k -
Cached - Similar pages

## eBay Seller: hockabee: Fan Apparel Souvenirs, Men's Clothing items ...
**hockabee** is an eBay seller listing items in Fan Apparel Souvenirs, Men's Clothing, Golf
categories on **...** FREE CAP **ROBERT TRENT JONES** GOLF POLO SHIRT NWT L **...**
search.ebay.com/_W0QQfsooZ1QQfsopZ1QQsassZ**hockabee** - 114k -
Cached - Similar pages

## Negozio eBay - Art Work: abstract metal: wall decor, sculpture- [ Translate this page ]
Gestito da: **hockabee** ( 2870 ) Utente Powerseller La mia pagina personale L'utente **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.it/**Hockabee**s_Art-Work_W0QQfsubZ2 - 109k - Cached - Similar pages

## Hockabee's: Wij verkopen Sports Apparel, golf, Art Work. eBay Winkel- [ Translate this page ]
Beheerd door: **hockabee** ( 2797 ) Lid is een PowerSeller Over mij Lid met eBay- **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.nl/**Hockabee**s - 117k - Cached - Similar pages

## Tienda eBay: Hockabee's: Marines: USMC MARINES PARRIS ISLAND ...- [ Translate this page ]
Gestionado por: **hockabee** ( 2901 La puntuación de votos es de 1000 a 4999 **...** Premium
SUNICE and **Robert Trent Jones** golf apparel discounted for your Holiday **...**

stores.ebay.es/**Hockabee**s_Military_T-Shirts_Marines_W0QQfsubZ4895812QQfrsrcZ1 -
76k - Cached - Similar pages

Tienda eBay: Hockabee's: Outerwear: SUNICE WOMENS CHLOE GOLF
STORM ...- [ Translate this page ]
Gestionado por: **hockabee** ( 2733 ) El usuario es un PowerSeller Acerca de mí El **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.es/**Hockabee**s_Womens-Wear_
Outerwear_W0QQcolZ4QQdirZ1QQfsubZ8073495QQftidZ2QQtZkm - 76k -
Cached - Similar pages
[ More results from stores.ebay.es ]

NEW **ROBERT TRENT JONES** RTJ HUDSON FULL ZIP VEST NWT M - eBay (item **...**
Visit my eBay Store: **Hockabee's ...** Imspired by visionary golf course architects, **Robert
Trent Jones** and **Robert Trent Jones**, Jr. this garment is grounded in **...**
cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&
item=190188746714&ih=009&category=137084&ssPageNam... - 107k -
Cached - Similar pages


**Previous** 1 2 3 **4** 5 6 7 8 9    **Next**

Hockabee, Robert Trent Jones      | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Sign in

Google

Hockabee, Robert Trent Jones          [ Search ]   Advanced Search
                                                    Preferences

**Web**                    Results **41 - 50** of about **502** for **Hockabee, Robert Trent Jones**. (0.11 seconds)

Boutique eBay - Art Work - abstract metal: wall decor, sculpture- [ Translate this page ]
Boutique tenue par : **hockabee** ( 2885 ) Le membre est un PowerSeller Page perso Le **...**
Premium SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.ebay.fr/**Hockabee**s_Art-Work_W0QQfsubZ2 - 107k - Cached - Similar pages

**jones** items on eBay.com
**ROBERT TRENT JONES** GOLF LISLE CLASSIC POLO SHIRT NWT L. Buy It Now,
$49.95, **Hockabee's** · **ROBERT TRENT JONES** GOLF LISLE CLASSIC POLO SHIRT
NWT L. Buy It Now **...**
sporting-goods.search.ebay.com/**jones**_Other_W0QQsacatZ630 - 69k -
Cached - Similar pages

**Robert Jones**, Vintage, Clubs items on eBay.com
Golf by Design by **Robert Trent Jones** Jr Book Hardcover **...** **ROBERT TRENT JONES**
GOLF LISLE CLASSIC POLO SHIRT NWT L. Buy It Now, $49.95, **Hockabee's ...**
sporting-goods.search.ebay.com/**Robert-Jones**_Golf_W0QQsacatZ1513 - 95k -
Cached - Similar pages
[ More results from sporting-goods.search.ebay.com ]

**robert** items on eBay.com
**ROBERT TRENT JONES** GOLF SANTA BARBARA POLO SHIRT NWT L. Buy It Now **...**
RTJ **ROBERT TRENT JONES** GOLF LISLE POLO SHIRT NWT L. Buy It Now, $59.95,
**Hockabee's ...**
clothing.search.ebay.com/**robert**_Athletic-Apparel_W0QQsacatZ137084 - 85k -
Cached - Similar pages

Boutique eBay - Hockabee's: Jackets: WOMENS SKYLER WASHABLE SUEDE ...- [ Translate this page ]
Boutique tenue par : **hockabee** ( 2908 Le Profil d'évaluation est compris entre **...** Premium
SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.cafr.ebay.ca/**Hockabee**s_Womens-Wear_
Jackets_W0QQcolZ4QQdirZ1QQfsubZ4632686QQftidZ2QQtZkm - 76k -
Cached - Similar pages

Boutique eBay - Hockabee's: Windbreakers: KSU KANSAS K STATE ...- [ Translate this page ]
Boutique tenue par : **hockabee** ( 2912 Le Profil d'évaluation est compris entre **...** Premium
SUNICE and **Robert Trent Jones** golf apparel discounted for your **...**
stores.cafr.ebay.ca/**Hockabee**s_Mens-Wear_
Windbreakers_W0QQfsubZ4632716QQfrsrcZ1 - 74k - Cached - Similar pages
[ More results from stores.cafr.ebay.ca ]

eBay Express: **ROBERT TRENT JONES** GOLF POLO & MOCK POLO SHIRTS L -
Brand: **ROBERT TRENT JONES**. Quantity: 1 available. Price: US $99.95 **...** The seller,
**hockabee**, assumes full responsibility for the content of this listing and **...**
item.express.ebay.com/Sporting-Goods_Athletic-Apparel__**ROBERT-TRENT-JONES**-
GOLF-POLO-MOCK-POLO-SHIRTS-L_W0... - 37k - Cached - Similar pages

eBay Express: Golf, College - NCAA, and Baseball items on sale.
Items for Sale From:. **hockabee** ( 2691 ) **...** **ROBERT TRENT JONES** MONGOLIAN
CASHMERE SWEATER NWT L **...** BRAND NEW **ROBERT TRENT JONES** ZIP DUBLIN
JACKET NWT L **...**

search.express.ebay.com/Apparel-Accessories__Athletic-
Apparel_W0QQ_ssnZ**hockabee**QQ_tosZ1 - 69k - Cached - Similar pages

**eBay - Sweaters Men's Athletic Apparel Finder - Find IT on eBay**
**ROBERT TRENT JONES** MONGOLIAN CASHMERE SWEATER NWT L. This seller
accepts PayPal, - Buy It Now, $129.95 $149.95, $8.00, Jan-07 12:45 **...**
sporting-goods.listings.ebay.com/_Athletic-Apparel_
Mens_Sweaters_W0QQa6Z31389QQalistZa6QQcoactionZcompare... - 132k -
Cached - Similar pages

**eBay - L Golf New With Tags Men's Athletic Apparel Finder - Find ...**
HOT **ROBERT TRENT JONES** GOLF CLASSIC POLO SHIRT NWT L. PIMA COTTON
Double Mercerized CITRUS **....** BRAND NEW **ROBERT TRENT JONES** GOLF DUBLIN
JACKET NWT L **...**
sporting-goods.listings.ebay.com/Athletic-Apparel_
Mens_W0QQa10244Z10425QQa43238Z43257QQa53Z2325QQalistZa4... - 130k -
Cached - Similar pages

**Previous** 1 2 3 4 **5** 6     **Next**

---

Hockabee, Robert Trent Jones     Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                                        Sign in

Google          Hockabee, Robert Trent Jones          [ Search ]    Advanced Search
                                                                    Preferences

**Web**                          Results **51** - **52** of **52** for **Hockabee, Robert Trent Jones**. (**0.11** seconds)

eBay - golf clubs items in New With Tags Men's Athletic Apparel **...**
**Robert Trent Jones** Golf Club,Golf Hat,Red AHEAD. Buy It Now, $7.99, Hatman's Golfers
Emporium **....** Buy It Now, $34.95, **Hockabee's ...**
sporting-goods.attr-search.ebay.com/golf-clubs_Mens_New-With-
Tags_W0QQa10244Z10425QQalistZa10244QQgcsZ203... - 133k - Cached - Similar pages

**JONES**, Shirts, Suits items on eBay.com
Buy **JONES** and Shirts items on eBay. Find a huge selection of Suits, **... Robert Trent
Jones** golf polo shirt, Size XXL. This seller accepts PayPal **...**
clothing.search.ebay.com/**JONES**_Mens-Clothing_W0QQsacatZ1059 - 111k -
Cached - Similar pages

*In order to show you the most relevant results, we have omitted some entries very similar to the 52
already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Previous** 1 2 3 4 5 **6**

          Hockabee, Robert Trent Jones          [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# Exhibit 19



































