Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:  (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 809-2212
Facsimile:  (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendant. | **Case No. 07-CV-04913-SC**<br><br>**PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date: January 25, 2008**<br>**Time: 10:00 a.m.**<br>**Judge Samuel Conti** |

**PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group, LLC, through their counsel, submit the following objections to evidence offered by Defendant in its Opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' detailed argument with respect to these objections is set forth in Plaintiffs' Reply in Support of their Motion for Preliminary Injunction. Plaintiff specifically objects to the Declaration of Larry Graveel ("Graveel Dec.") dated December 31, 2007, submitted as Exhibit A to Defendant's Opposition:

**Objection No. 1:** Paragraph 9: The sentence "However, to accommodate RTJ2's request, we ceased selling to these alleged 'discount stores' when RTJ2 raised concerns." lacks proper foundation.

**Objection No. 2:** Paragraph 12: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Objection No. 3:** Paragraph 13: This paragraph lacks proper foundation and contains inadmissible hearsay. This paragraph also contains inadmissible hearsay from an unnamed "corp. representative at Neiman Marcus."

**Objection No. 4:** Paragraph 14: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Objection No. 5:** Paragraph 15: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Objection No. 6:** Paragraph 16: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Objection No. 7:** Paragraph 17: The sentence "GFSI classifies The Golf Warehouse as a 'Golf Specialty Store' because GFSI believes The Golf Warehouse is properly considered a Golf Specialty Store, not a 'discount' or 'Secondary-Market' store." is irrelevant.

1 **Objection No. 8:** Paragraph 18: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Objection No. 9:** Paragraph 19: This paragraph lacks proper foundation.

**Objection No. 10:** Paragraph 20: This paragraph lacks proper foundation and contains inadmissible hearsay.

Based upon the foregoing list of objections, Plaintiffs respectfully request that this Court refuse to consider the evidence offered by Defendant. Submitted herewith is a proposed order.

Respectfully submitted,

Dated: _____    _____
Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:  (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 809-2212
Facsimile:  (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs

ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC