Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>                    Plaintiffs,<br><br>         v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>                    Defendant. | **Case No. 07-CV-04913-SC**<br><br>**[PROPOSED ORDER] REGARDING PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:   January 25, 2008**<br>**Time:  10:00 a.m.**<br>**Judge  Samuel Conti** |

**[PROPOSED ORDER]REGARDING PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group, LLC, through their counsel, have submitted their Objections to Evidence Offered by Defendant in its Opposition to Plaintiffs' Motion for Preliminary Injunction. These Objections are limited to the Declaration of Larry Graveel.

IT IS HEREBY ORDERED THAT:

**Objection No. 1:** Paragraph 9: The sentence "However, to accommodate RTJ2's request, we ceased selling to these alleged 'discount stores' when RTJ2 raised concerns." lacks proper foundation.

**Court's Ruling:**    Sustained: _____

Overruled: _____

**Objection No. 2:** Paragraph 12: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Court's Ruling:**    Sustained: _____

Overruled: _____

**Objection No. 3:** Paragraph 13: This paragraph lacks proper foundation and contains inadmissible hearsay. This paragraph also contains inadmissible hearsay from an unnamed "corp. representative at Neiman Marcus."

**Court's Ruling:**    Sustained: _____

Overruled: _____

**Objection No. 4:** Paragraph 14: This paragraph lacks proper foundation and contains inadmissible hearsay.

**Court's Ruling:**    Sustained: _____

Overruled: _____

**[PROPOSED ORDER]REGARDING PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

2

**Objection No. 5:** Paragraph 15: This paragraph lacks proper foundation and contains inadmissible hearsay.

    **Court's Ruling:**    Sustained: _____

                            Overruled: _____

**Objection No. 6:** Paragraph 16: This paragraph lacks proper foundation and contains inadmissible hearsay.

    **Court's Ruling:**    Sustained: _____

                            Overruled: _____

**Objection No. 7:** Paragraph 17: The sentence "GFSI classifies The Golf Warehouse as a "Golf Specialty Store" because GFSI believes The Golf Warehouse is properly considered a Golf Specialty Store, not a 'discount' or 'Secondary-Market' store." is irrelevant.

    **Court's Ruling:**    Sustained: _____

                            Overruled: _____

**Objection No. 8:** Paragraph 18: This paragraph lacks proper foundation and contains inadmissible hearsay.

    **Court's Ruling:**    Sustained: _____

                            Overruled: _____

**Objection No. 9:** Paragraph 19: This paragraph lacks proper foundation.

    **Court's Ruling:**    Sustained: _____

                            Overruled: _____

**Objection No. 10:** Paragraph 20: This paragraph lacks proper foundation and contains inadmissible hearsay.

    **Court's Ruling:**    Sustained: _____

**[PROPOSED ORDER]REGARDING PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

3

Overruled: _____

Dated: _____   Entered: _____
                                Senior Judge Samuel Conti
                                U.S. District Court Judge