IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT TRENT JONES II, INC. et al..,

       Plaintiff(s),

v.

GFSI, INC.,

       Defendant(s).

No. C-07-4913-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled Plaintiff's Motion for a Preliminary Injunction scheduled for **January 25, 2008** before the Honorable Samuel Conti. The Motion has been reset for **January 24, 2008 at 10:00 a.m.** Parties may present testimony and exhibits at that time.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 18, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:   T. De Martini
       Courtroom Deputy Clerk