**BRYAN CAVE LLP**
Jennifer A. Jackson (SBN 192998)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
jjackson@bryancave.com

**BRYAN CAVE LLP**
Robert J. Hoffman (*Pro Hac Vice*)
Tarun Mehta (*Pro Hac Vice*)
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile : (816) 374-3300

Attorneys for Defendant
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC., and ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.,<br><br>    Defendant. | Case No. C07-04913-SC<br><br>**DEFENDANT'S NOTICE TO PLAINTIFFS TO ATTEND HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

KC01DOCS891941

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Defendant GFSI, Inc., d/b/a Gear for Sports, Inc., hereby requests that the corporate representative(s) for plaintiffs Robert Trent Jones II, Inc., and Robert Trent Jones Licensing Group, LLC, attend the hearing on Plaintiffs' Motion for a Preliminary Injunction in this matter on January 24, 2008 at 10:00 a.m., in Courtroom 1 on the 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:        January 18, 2008

> Respectfully submitted,
> **BRYAN CAVE LLP**
> Jennifer A. Jackson
> Robert J. Hoffman
> Tarun Mehta
>
> By: s/Tarun Mehta
>     Tarun Mehta
>
> Attorneys for Defendant
> GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

# PROOF OF SERVICE

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action. My business address is 1200 Main Street, Suite 3500, Kansas City, MO 64105.

On January 18, 2008, I served DEFENDANT'S NOTICE TO PLAINTIFFS TO ATTEND TRIAL on each interested party in this action, as follows:

| | |
|---|---|
| Richard Levine<br>Levine & Baker<br>One Maritime Plaza, Suite 400<br>San Francisco, CA 94111 | *Attorneys for Plaintiff*<br>Tel:415-391-8177<br>Fax: 415-391-8848<br>Email: relevine@levinebakerlaw.com |
| Joseph V. Norvell (pro hac vice)<br>Joseph T. Kucala (pro hac vice)<br>Jay M. Burgett ( pro hac vice)<br>Norvell IP llc<br>1776 Ash Street<br>Northfield, IL 60093 | *Attorneys for Plaintiff*<br>Tel: 630-453-8380<br>Fax: 312-268-5063<br>Email: jkucala@norvellip.com |

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Kansas City, Missouri. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (BY E-MAIL) I caused a true copy of the foregoing document to be served by e-mail transmission at the time shown on each transmission, to each interested party at the e-mail address shown above. Each transmission was reported as complete and without error.

Executed on January 18, 2008, at Kansas City, Missouri.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of Missouri that the foregoing is true and correct.

/s/ Lisa Deacy _____
Lisa Deacy

KC01DOCS891941    **DEFENDANT'S NOTICE TO PLAINTIFFS TO ATTEND TRIAL**