DATED: Jan 18, 2008

_____
Richard E. Levine
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
Norvell IP llc
1776 Ash Street
Northfield, Illinois 60093
Telephone:   (630) 453-8380
Facsimile:   (312) 268-5063
jkucala@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

DATED: Jan 18, 2008

_____
Jennifer A. Jackson
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
jjackson@bryancave.com

Robert J. Hoffman (*pro hac vice*)
Tarun Mehta (*pro hac vice*)
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
rjhoffman@bryancave.com
tarun.mehta@bryancave.com

Attorneys for Defendant
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.