UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.,<br><br>    Defendant. | No. 07-4913 SC<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5 IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY <u>INJUNCTION</u> |

Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group, LLC (hereinafter "Plaintiffs"), have moved administratively to file the Declaration of Thomas B. Zetlmeisl, and exhibits attached thereto, under seal in connection with consideration of such Plaintiffs' motion for preliminary injunction. No opposition to such administrative motion having been received, and good cause appearing therefore, it is hereby ORDERED that:

1.  The Declaration of Thomas B. Zeitmeisl, and attached exhibits, be filed under seal; and

2.  A redacted version of the Declaration of Thomas B. Zeitmeisl, with exhibits, be filed as part of the publicly available record of the Court.

IT IS SO ORDERED.

January 24, 2008

_____
UNITED STATES DISTRICT JUDGE