UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Case Number: C-07-4913       Judge: SAMUEL CONTI       DATE: 1/24/08

Title: ROBERT TRENT JONES vs GFSI INC.

Attorneys: RICHARD LEVINE        ROBERT HOFFMAN
           JOSEPH NORVELL        TAREN MEHTA

Deputy Clerk: T. De Martini       Court Reporter: Katherine Powell

| Court | Pltf's | Deft's | |
|---|---|---|---|
| ( ) | (XXX) | ( ) | 1. Motion for a Preliminary Injunction |
| ( ) | ( ) | ( ) | 2. |
| ( ) | ( ) | ( ) | 3. |
| ( ) | ( ) | ( ) | 4. |
| ( ) | ( ) | ( ) | 5. |

( ) Motion(s): ( ) Granted ( ) Denied ( ) Withdrawn

( ) Granted/Denied ( ) Off Calendar ( ) Submitted

Order to be Prepared by: ( ) Pltf ( ) Deft ( ) Court

Discovery Cutoff: 7/2/08        Pretrial Statements Due _____

Case Continued to 8/15/08 @ 10:00 A.M.        for Pretrial Conference

Case Continued to 9/2/08 @ 9:30 A.M.          for ~~Court~~/Jury Trial

Case Continued to _____                for Further Status Conference

Case Continued to 7/27/08 @ 10:00 A.M.        for Motions

ORDERED AFTER HEARING: See attached trial log.

cc:

Final: _____
Interim for week ending: ____

## TITLE SHEET

| | |
|---|---|
| CASE NUMBER | C-07-4913-SC |
| CASE TITLE | Robert Trent Jones II, Inc. -v- GFSI, Inc. |
| COURT REPORTERS | Katherine Powell |
| DEPUTY CLERK   T. De Martini | JUDGE  Samuel Conti |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Richard Levine | Robert Hoffman |
| Joseph Norvell | Tarun Mehta |
| | |
| | |
| | |

## LIST OF EXHIBITS AND WITNESSES

| CASE NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 10:00 A.M. | Plaintiffs Motion for a Preliminary Injunction | |
| | | | | | | | Opening Statement by Levine | π |
| | | | | | | 10:30 A.M. | Opening Statement by Hoffman | Δ |
| | | | | | | 10:50 A.M. | Plaintiffs Response | |
| | | | | | | 11:15 A.M. | Recess | |
| | | | | | | 11:30 A.M. | Reconvene | |
| | | | | | | | Declaration of Thomas Zetlmeisl | |
| | | | | | | 11:33 AM | Witness Larry Graveel - Sworn | π |
| | | | | | | | Direct by Levine | |
| 1 | X | X | | | | | Robert Trent Jones Secondary Market Policy | |
| 2 | X | | | | | | Gear for Sports Invoice 5/25/07 | |
| | | | | | | 12:15 pm | Recess | |
| | | | | | | 1:30 pm | Reconvene | |

LIST OF EXHIBITS AND WITNESSES

Page 2

| CASE NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES | BY |
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 1:30 p.m. | Continued Direct of Larry Gravel | |
| 2 | | X | | | | | Gear for Sports Invoice 5/25/07 | |
| 3 | X | X | | | | | Robert Trent Jones Golf Apparel Business Plan | |
| 4 | X | X | | | | | letter to Jones from Gravel 7/3/07 | |
| | | | | | | 2:02 p.m. | Cross by Hoffman | |
| | | | 1 | X | X | | License Agreement | |
| | | | 2 | X | X | | | |
| | | | 3 | X | X | | | |
| | | | | | | | Parties to talk during the recess to determine what facts can be agreed upon. | |
| | | | | | | 3:20 p.m. | Recess | |
| | | | | | | 3:35 p.m. | Reconvene | |
| | | | | | | | The parties reported back to the Court that the Plaintiff believes the Golf Wearhouse is a discount store. The Defendant does not believe the Golf Wearhouse is a discount store. | |
| | | | | | | | The Court set a trial date of 9/2/08 pretrial 8/15/08 Motion Hearing 7/25/08 Discovery Cut off 7/2/08. Parties to stipulate to expert disclosure cut off. | |
| | | | | | | 3:50 p.m. | Continued Cross of Gravel | |
| | | | | | | 3:54 p.m. | Redirect of Gravel | |
| | | | | | | | Plaintiff Showed Shirts to the Court | |
| 5 | X | X | | | | | Declaration of Jimmy Kidd | |
| 6 | X | X | | | | | Declaration of Mary Hadley | |
| | | | | | | | Defendants objection to admission of these exhs | |

LIST OF EXHIBITS AND WITNESSES

Page 3

| CASE NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 4:06 p.m. | Witness Robert Trent Jones - Sworn | TJ |
| | | | | | | | Direct by Levine | |
| | | | | | | 4:30 p.m. | Cross by Hoffman | |
| | | | | | | 5:02 pm | Redirect | |
| | | | | | | 5:04 pm | Matter Submitted | |
| | | | | | | 5:05 pm | Recess | |