Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:  (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 809-2212
Facsimile:  (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>                    Plaintiffs,<br><br>     v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>                    Defendant. | **Case No. 07-CV-04913-SC**<br><br>**[PROPOSED]<br>ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge Samuel Conti** |

1  Pursuant to Local Rule 7-9, Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones
2  Licensing Group, LLC (hereinafter "Plaintiffs"), have moved this Court for leave to file their
3  Motion for Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction and
4  Request for Oral Hearing.  Upon considering the Motion for Leave and the grounds set forth in
5  Local Rule 7-9, it is hereby ordered that Plaintiffs are granted to leave to file their Motion for
6  Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction and Request for
7  Oral Hearing.  The Court hereby enters Plaintiffs' Motion for Reconsideration onto the Docket.
8  Plaintiffs shall have seven days from the date of this Order to submit additional evidence in
9  support of their claims and arguments.  Defendant shall have seven days from the date of
10 Plaintiffs' submission to file a response or opposition.  Plaintiffs will then have three days from
11 the date of Defendant's response or opposition to file their reply.  The Court will hold a hearing
12 on this matter on _____.
13

15  Date: _____          Entered: _____
16
17                                     Senior Judge Samuel Conti
                                       Northern District of California
                                       San Francisco Division

ORDER GRANTING LEAVE TO FILE MOTION FOR
RECONSIDERATION OF ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

2