Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice)*
(*Admission to Ninth Circuit pending*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jnorvell@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendant. | **Case No. 07-CV-04913-SC**<br><br><br>**PLAINTIFFS' REPRESENTATION STATEMENT** |

## PLAINTIFFS' REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the

undersigned represents Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group,

1  LLC, Plaintiffs and Appellants in this matter, and no other party.  Attached is a service list that

2  shows all of the parties to the action below, and identifies their counsel by name, firm, postal

3  address, email address and telephone number, where appropriate (F.R.A.P. 12(b); Circuit

4  Rule 3-2(b)).

5

6

7                                                        Respectfully submitted,

8
   Dated:  __March 5, 2008_____
9                                                        Richard E. Levine (SB #88729)
                                                         LEVINE & BAKER LLP
10                                                       One Maritime Plaza, Suite 400
                                                         San Francisco, CA  94111
11                                                       Telephone:  (415) 391-8177
                                                         Facsimile: (415) 391-8488
12                                                       rlevine@levinebakerlaw.com

13
                                                         Joseph V. Norvell (*pro hac vice*)
14                                                       (*Admission to Ninth Circuit pending*)
                                                         NORVELL IP LLC
15                                                       1776 Ash Street
                                                         Northfield, IL  60093
16                                                       Telephone:  (847) 809-2212
                                                         Facsimile:  (312) 268-5063
17                                                       jnorvell@norvellip.com

18                                                       Attorneys for Plaintiffs
19
                                                         ROBERT TRENT JONES II, INC.
20                                                       ROBERT TRENT JONES LICENSING
                                                         GROUP, LLC
21

22

23

24

25

   **PLAINTIFFS' REPRESENTATION STATEMENT**

1

## SERVICE LIST FOR REPRESENTATION STATEMENT

2

**Defendant/Appellee:**
GFSI, Inc. d/b/a Gear for Sports, Inc.

3

4  **Counsel for Defendant/Appellee:**
Jennifer A. Jackson

5  BRYAN CAVE LLP
120 Broadway Street, Suite 300

6  Santa Barbara, California 90401-2386
Tel: 310-576-2100

7  Fax: 310-576-2200
jjackson@bryancave.com

8

Robert J. Hoffman
9  Tarun Mehta
BRYAN CAVE LLP
10  3500 One Kansas City Place
1200 Main Street
11  Kansas City, Missouri 64105
Tel: 816-374-3200
12  Fax: 816-374-3300
13  rjhoffman@bryancave.com
tarun.mehta@bryancave.com
14

**Plaintiffs/Appellants:**
15  Robert Trent Jones II, Inc.
Robert Trent Jones Licensing Group, LLC
16

17  **Counsel for Plaintiffs/Appellants:**
Richard E. Levine
18  LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
19  San Francisco, California 94111
Tel: 415-391-8177
20  Fax: 415-391-8848
rlevine@levinebakerlaw.com
21

Joseph V. Norvell
22  NORVELL IP LLC
1176 Ash Street
23  Northfield, Illinois 60093
Tel: 847-809-2212
24  Fax: 312-268-5063
25  jnorvell@norvellip.com

1

# PROOF OF SERVICE

2

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Case Name: ROBERT TRENT JONES II, INC., et al. v. GFSI, INC.

3

Case No.: 07-CV-4913-SC

4

5

      I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Maritime Plaza, Suite 400, San Francisco, CA 94111.

6

7

      On March 5, 2008, I served the foregoing document(s) on the interested parties as indicated below:

8

**DOCUMENT(S) SERVED:**

9

PLAINTIFFS' REPRESENTATION STATEMENT

10

**PARTIES SERVED:**

11

Jennifer A. Jackson
BRYAN CAVE LLP

12

120 Broadway Street, Suite 300
Santa Barbara, California 90401-2386

13

Tel: 310-576-2100
Fax: 310-576-2200

14

jjackson@bryancave.com

15

Robert J. Hoffman
Tarun Mehta

16

BRYAN CAVE LLP

17

3500 One Kansas City Place
1200 Main Street

18

Kansas City, Missouri 64105
Tel: 816-374-3200

19

Fax: 816-374-3300
rjhoffman@bryancave.com

20

tarun.mehta@bryancave.com

21

  _X_  **(By Regular Mail)** I am "readily familiar" with the firm's practice for collection and

22

process of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San

23

Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than

24

one day after deposit for mailing affidavit.

25

  _X_  **(By Electronic Mail)** I sent a true copy of such document(s) via email transmission of PDF files to the email addresses listed above.

---

**PLAINTIFFS' REPRESENTATION STATEMENT**

4

1

2      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

3

4      I declare that I am employed in the office of a member of the Bar of this Court, at whose
direction the service was made.

5      Executed this 5th day of March, 2008, at San Francisco, California.

6                                    _Kurt Bodden_
                                      Kurt  Bodden

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' REPRESENTATION STATEMENT