UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 6, 2008

**CASE INFORMATION:**
Short Case Title:  <u>ROBERT TRENT JONES II INC.</u>-v- <u>GFSI INC.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Senior Judge Samuel Conti</u>
Criminal and/or Civil Case No.: <u>CV 07-04913 SC</u>
Date Complaint/Indictment/Petition Filed: <u>9/21/07</u>
Date Appealed order/judgment *entered* <u>2/4/08</u>
Date NOA *filed* <u>3/5/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Katherine Powell 415 794-6659</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>3/5/08</u>              Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes  ☐ no                                        Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                               Appellee Counsel: see docket sheet
Richard E. Levine
Levine & Baker LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
415 391-8177
☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                     Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006