ADRMOP, AO279, APPEAL, E-Filing, MEDIATION, PROTO

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04913-SC
## Internal Use Only

| | |
|---|---|
| Robert Trent Jones II, Inc. et al v. GFSI, Inc. | Date Filed: 09/21/2007 |
| Assigned to: Hon. Samuel Conti | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 840 Trademark |
| Cause: 15:1114 Trademark Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Robert Trent Jones II, Inc.**     represented by     **Richard E. Levine**
Levine & Baker LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
415-391-8177
Fax: 415-391-8488
Email: relevine@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay M. Burgett**
Norvell IP llc
1776 Ash Street
Northfield, IL 60093
312.659.7157
Email: jburgett@norvellip.com
*ATTORNEY TO BE NOTICED*

**Joseph Thomas Kucala, Jr.**
Norvell IP llc
1776 Ash Street
Northfield, IL 60093
630-453-8380
Fax: 630-268-5063
Email: jkucala@norvellip.com
*ATTORNEY TO BE NOTICED*

**Joseph V. Norvell**
1776 Ash Street
Northfield, IL 60093
847-809-2212
Fax: 312-
Email: jnorvell@norvellip.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Robert Trent Jones Licensing Group, LLC** | represented by | **Richard E. Levine** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Jay M. Burgett** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Joseph Thomas Kucala, Jr.** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Joseph V. Norvell** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **GFSI, Inc.** *doing business as* Gear for Sports, Inc. | represented by | **Jennifer A. Jackson** Bryan Cave LLP 120 Broadway, Suite 300 Santa Monica, CA 90401-2386 (310) 576-2100 Fax: (310) 576-2200 Email: jjackson@bryancave.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Robert Jeffrey Hoffman** Bryan Cave LLP 1200 Main Street, Ste. 3500 Kansas City, MO 64105-2100 816-374-3229 Fax: 816-374-3300 Email: rjhoffman@bryancave.com *ATTORNEY TO BE NOTICED* |
| | | **Tarun Mehta** Bryan Cave LLP 1200 Main Street Suite 3500 Kansas City, MO 64105 Jackson 816-374-3269 Fax: 816-374-3300 |

Email: tarun.mehta@bryancave.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT for Fraud, Negligent Misrepresentation, Breach of Contract, Willful Trademark Infringement, Unfair Competition & Dilution & Demand for Jury Trial - [Summons Issued] against GFSI, Inc., [Filing Fee: $350.00, Receipt Number 34611010743]. Filed by Plaintiff Robert Trent Jones II, Inc. & Robert Trent Jones Licensing Group, LLC. (tn, COURT STAFF) (Filed on 9/21/2007) Additional attachment(s) added on 9/26/2007 (tn, COURT STAFF). (Entered: 09/26/2007) |
| 09/21/2007 |  | SUMMONS Issued as to Defendant GFSI, Inc.. (tn, COURT STAFF) (Entered: 09/26/2007) |
| 09/21/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 1/2/2008 & Initial Case Management Conference set for 1/8/2008 at 3:00 PM.. (Attachments: #(1) EDL Standing Order). (tn, COURT STAFF) (Filed on 9/21/2007) Additional attachment(s) added on 9/26/2007 (tn, COURT STAFF). (Entered: 09/26/2007) |
| 09/21/2007 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 09/26/2007) |
| 09/21/2007 | 3 | REPORT on the Filing or Determination of an Action Regarding Trademark Infringement. (cc: form mailed to register). (tn, COURT STAFF) (Filed on 9/21/2007) (Entered: 09/26/2007) |
| 11/01/2007 | 4 | ANSWER to Complaint byGFSI, Inc.. (Jackson, Jennifer) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | 5 | APPLICATION of Attorney Tarun Mehta for Leave to Appear in Pro Hac Vice - [Filing Fee: $210.00, Receipt Number 34611012036] Filed by Defendant GFSI, Inc..(tn, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/02/2007) |
| 11/01/2007 |  | RECEIVED ORDER: [Proposed] Order Granting re 5 Application for Admission of Attorney Pro Hac Vice Submitted by Defendant GFSI, Inc.. (tn, COURT STAFF) (Entered: 11/02/2007) |
| 11/01/2007 | 6 | APPLICATION of Attorney Robert J. Hoffman for leave to Appear in Pro Hac Vice -[Filing Fee: $210.00, Receipt Number 34611012037] Filed by Defendant GFSI, Inc..(tn, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/02/2007) |
| 11/01/2007 |  | RECEIVED ORDER: [Proposed] Order Granting re 6 Application for Admission of Attorney Pro Hac Vice Submitted by Defendant GFSI, Inc.. (tn, COURT STAFF) (Entered: 11/02/2007) |
| 11/19/2007 | 23 | ORDER GRANTING Application of Tarun Mehta for admission of attorney pro hac vice 5 . Signed by Judge Elizabeth D. Laporte. (lmh, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 11/19/2007) (Entered: 12/17/2007) |
| 11/19/2007 | 24 | ORDER GRANTING Application of Robert J. Hoffman for admission of attorney pro hac vice 6 . Signed by Judge Elizabeth D. Laporte. (lmh, COURT STAFF) (Filed on 11/19/2007) (Entered: 12/17/2007) |
| 11/26/2007 | | (Court only) ***Attorney Jay M. Burgett for Robert Trent Jones Licensing Group, LLC and Robert Trent Jones II, Inc., Joseph T. Kucala, Jr for Robert Trent Jones Licensing Group, LLC,Robert Trent Jones II, Inc. Added. (tn, COURT STAFF) (Entered: 11/27/2007) |
| 11/26/2007 | 7 | APPLICATION of Attorney Jay M. Burgett for leave to Appear in Pro Hac Vice - [Filing Fee: $210.00, Receipt Number 34611012769] Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | | RECEIVED ORDER: [Proposed] Order Granting re 7 Application for Admission of Attorney Pro Hac Vice Submitted by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Entered: 11/27/2007) |
| 11/26/2007 | 8 | APPLICATION of Attorney Joseph V. Norvell for Leave to Appear in Pro Hac Vice -[Filing Fee: $210.00, Receipt Number 34611012769] Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | | RECEIVED ORDER: [Proposed] Order Granting re 8 Application for Admission of Attorney Pro Hac Vice Submitted by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Entered: 11/27/2007) |
| 11/26/2007 | 9 | APPLICATION of Attorney Joseph T. Kucala, Jr. for Leave to Appear in Pro Hac Vice - [Filing Fee: $210.00, Receipt Number 34611012769] Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | | RECEIVED ORDER: [Proposed] Order Granting re 9 Application for Admission of Attorney Pro Hac Vice Submitted by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Entered: 11/27/2007) |
| 11/26/2007 | 10 | CERTIFICATE OF SERVICE by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc. re 9 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461101276.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461101276.), 8 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461101276.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461101276.), 7 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461101276.) MOTION for leave to appear in Pro Hac |

|  |  |  |
|---|---|---|
|  |  | Vice ( Filing fee $ 210.00, receipt number 3461101276.) & *[Proposed] Orders*. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/27/2007 | 25 | ORDER GRANTING Application of Jay M. Burgett for admission of attorney pro hac vice 7 . Signed by Judge Elizabeth D. Laporte. (lmh, COURT STAFF) (Filed on 11/27/2007) (Entered: 12/17/2007) |
| 11/27/2007 | 26 | ORDER GRANTING Application of Joseph V. Norvell for admission of attorney pro hac vice 8 . Signed by Judge Elizabeth D. Laporte. (lmh, COURT STAFF) (Filed on 11/27/2007) (Entered: 12/17/2007) |
| 11/27/2007 | 27 | ORDER GRANTING Application of Joseph T. Kucual, Jr. for admission of attorney pro hac vice 9 . Signed by Judge Elizabeth D. Laporte. (lmh, COURT STAFF) (Filed on 11/27/2007) (Entered: 12/17/2007) |
| 12/03/2007 | 11 | MOTION for Preliminary Injunction filed by Robert Trent Jones II, Inc.. Motion Hearing set for 1/8/2008 02:00 PM in Courtroom E, 15th Floor, San Francisco. (Attachments: # 1 Proposed Order, # 2 Declaration of Robert Trent Jones, Jr., # 3 Declaration of Mary Hadley, # 4 Declaration and Exhibit of Jay M. Burgett, # 5 Declaration & Exhibits of Robert M. Zetlmeisl, # 6 Proof of Service)(Levine, Richard) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 12 | NOTICE OF MOTION & ADMINISTRATIVE MOTION to File Under Seal Pursuant to Civil Local Rules 7-11 & 79-5 in Connection with Plaintiffs' Motion for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 13 | DECLARATION of Richard E. Levine, Esq. in Support of re 12 AdministrativeMOTION to File Under Seal Pursuant to Civil Local Rules 7-11 & 79-5 in Connection with Plaintiffs' Motion for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (Related document(s) 12 ). (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 |  | RECEIVED ORDER: [Proposed] Order Permitting Filing Under Seal re 12 Submitted by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Entered: 12/07/2007) |
| 12/03/2007 | 14 | PROOF OF SERVICE Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc. of re 13 Declaration in Support, re 12 MOTION to File Under Seal & [Proposed] Order. (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 15 | NOTICE OF MOTION & MEMORANDUM of Points & Authorities in Support of Plaintiffs'MOTION for Preliminary Injunction. Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. Motion Hearing set for 1/8/2008 at 2:00 PM.. (tn, COURT STAFF) (Filed on 12/3/2007) (tn, COURT STAFF). (Entered: 12/07/2007) |
|  |  |  |

| | | |
|---|---|---|
| 12/03/2007 | 16 | DECLARATION of Mr. Robert Trent Jones, Jr. in Support of re 15 MOTION for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (Related document(s) 15 ). (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 17 | DECLARATION of Ms. Mary K. Hadley in Support of re 15 MOTION for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (Related document(s) 15 ). (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 18 | DECLARATION of Mr. Jay M. Burgett in Support of re 15 MOTION for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (Related document(s) 15 ). (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 19 | [REDACTED] DECLARATION of Mr. Thomas B. Zetlmeisl in Support of re 15 MOTION for Preliminary Injunction Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (Related document(s) 15 ).(tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | | RECEIVED ORDER: [Proposed] Order for Preliminary Injunction re 15 Submitted by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc.. (tn, COURT STAFF) (Entered: 12/07/2007) |
| 12/03/2007 | 20 | PROOF OF SERVICE Filed by Plaintiffs Robert Trent Jones Licensing Group, LLC & Robert Trent Jones II, Inc. of re 18 Declaration in Support, re 16 Declaration in Support, re 19 Declaration in Support, re 17 Declaration in Support, re 15 MOTION for Preliminary Injunction & [Proposed] Order. (tn, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/07/2007) |
| 12/03/2007 | 49 | DECLARATION OF MR. THOMAS B. ZETLMEISL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION filed byRobert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc. Re 45 Order. **FILED UNDER SEAL** (aaa, Court Staff) (Filed on 12/3/2007) (Entered: 01/28/2008) |
| 12/10/2007 | 21 | Declination to Proceed Before a U.S. Magistrate Judge by Robert Trent Jones II, Inc.. (Levine, Richard) (Filed on 12/10/2007) (Entered: 12/10/2007) |
| 12/14/2007 | 22 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Levine, Richard) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/17/2007 | 28 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (lmh, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| 12/18/2007 | 29 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Samuel Conti for all further proceedings. Judge Magistrate Judge Elizabeth D. |

|  |  |  |
|---|---|---|
|  |  | Laporte no longer assigned to the case. Signed by Executive Committee on 12/18/07. (mab, COURT STAFF) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 12/18/2007 | 30 | STIPULATION and Proposed Order selecting Mediation by Robert Trent Jones II, Inc. (Levine, Richard) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 12/19/2007 | 31 | CLERK'S NOTICE Plaintiff's Motion for Preliminary Injunction set for 1/25/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 32 | STIPULATION AND ORDER REFERRING CASE to Mediation.. Signed by Judge Samuel Conti on 12/19/07. (tdm, COURT STAFF) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 01/02/2008 | 33 | JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER filed by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc. (Kucala, Joseph) (Filed on 1/2/2008) Modified on 1/3/2008 (aaa, Court Staff). (Entered: 01/02/2008) |
| 01/03/2008 | 34 | ADR Clerk's Notice Appointing Samuel R. Miller as Mediator. (af, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 35 | NOTICE by GFSI, Inc. re 33 Case Management Statement (Joint) *Supplement to Case Management Statement* (Attachments: # 1 Exhibit A) (Mehta, Tarun) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 36 | Memorandum in Opposition re 11 MOTION for Preliminary Injunction filed byGFSI, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Jackson, Jennifer) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/09/2008 | 37 | CERTIFICATE OF SERVICE by GFSI, Inc. *of Defendant's Initial Disclosure Under Rule 26(a) of the FRCP* (Mehta, Tarun) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/11/2008 | 38 | Letter dated 1/11/2008 from Mediator, Samuel R. Miller. (af, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 39 | Reply to Opposition re 11 MOTION for Preliminary Injunction filed byRobert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Attachments: # 1 Affidavit Supplemental Declaration of Thomas B. Zetlmeisl, # 2 Affidavit Supplemental Declaration of Jay M. Burgett, # 3 Affidavit Declaration of Jimmy D. Kidd, # 4 Affidavit Supplemental Declaration of Robert Trent Jones, Jr., # 5 Affidavit Supplemental Declaration of Mary K Hadley)(Kucala, Joseph) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 40 | OBJECTIONS to re 36 Memorandum in Opposition *and Evidence Submitted by Defendant in such Opposition* by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Attachments: # 1 Proposed Order Regarding Plaintiffs' Objections to Evidence Offered by Defendant in its Opposition)(Kucala, Joseph) (Filed on 1/11/2008) |

| | | |
|---|---|---|
| | | (Entered: 01/11/2008) |
| 01/14/2008 | 41 | CERTIFICATE OF SERVICE by GFSI, Inc. *of GFSI's First Request for Production of Documents, Electronically Stored Information and Tangible Things to Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group LLC* (Mehta, Tarun) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 01/18/2008 | 42 | CLERK'S NOTICE Rescheduling Plalintiff's Motion for Preliminary Injunction Motion Hearing set for 1/24/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 43 | NOTICE by GFSI, Inc. *to Plaintiffs to Attend Hearing on Plaintiffs' 11 Motion for a Preliminary Injunction* (Mehta, Tarun) (Filed on 1/18/2008) Modified on 1/22/2008 (aaa, Court Staff). (Entered: 01/18/2008) |
| 01/18/2008 | 44 | STIPULATION *for [PROPOSED] PROTECTIVE ORDER* by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature page for Plaintiffs and Defendant)(Kucala, Joseph) (Filed on 1/18/2008) Modified on 1/22/2008 (aaa, Court Staff). (Entered: 01/18/2008) |
| 01/24/2008 | 45 | ORDER by Judge Samuel Conti granting 12 Motion to Seal Document (sclc1, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 01/24/2008 | 46 | STIPULATED PROTECTIVE ORDER (tdm, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 01/25/2008 | 47 | Minute Entry: Bench Trial held on 1/25/2008 before Judge Samuel Conti (Date Filed: re Plaintiff's Motion for a Preliminary Injunction. Jury Trial set for 9/2/2008 09:30 AM. Pretrial Conference set for 8/15/2008 10:00 AM. Motion Hearing set for 7/25/2008 10:00 AM. Discovery due by 7/2/2008. (Court Reporter Katherine Powell.) (tdm, COURT STAFF) (Date Filed: 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | 48 | STATUS CONFERENCE ORDER. Signed by Judge Samuel Conti on 1/24/08. (tdm, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/04/2008 | 50 | ORDER by Judge Samuel Conti denying 11 Motion for Preliminary Injunction. (sclc1, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/15/2008 | 51 | MOTION for Leave to File *Motion for Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction and Motion for Clarification of Order Denying Plaintiffs' Motion for Preliminary Injunction* filed by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit Motion for Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction and Request for Oral Hearing and Leave to Submit Additional Evidence)(Kucala, Joseph) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/17/2008 | 52 | Declaration of Taliaferro Jones in Support of 51 MOTION for Leave to |

| | | |
|---|---|---|
| | | File *Motion for Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction and Motion for Clarification of Order Denying Plaintiffs' Motion for Preliminary Injunction (Declaration filed in support of Exhibit A, Plaintiffs' Motion for Reconsideration of Order Denying Plaintiffs' Motion for Preliminary Injunction)* filed byRobert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Related document(s) 51 ) (Kucala, Joseph) (Filed on 2/17/2008) (Entered: 02/17/2008) |
| 02/21/2008 | 53 | ORDER by Judge Samuel Conti denying 51 Motion for Leave to File and Resetting Trial (sclc1, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | | Set Deadlines/Hearings: Jury Trial set for 6/9/2008 09:30 AM. Discovery due by 4/10/2008. Pretrial Conference set for 6/6/2008 10:00 AM. Motion Hearing set for 4/25/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/26/2008 | 54 | MOTION to Vacate *Order to Mediate* filed by GFSI, Inc.. Motion Hearing set for 3/21/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Mehta, Tarun) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 55 | TRANSCRIPT of Proceedings held on **January 24, 2008** before Senior Judge Samuel Conti. Court Reporter: Katherine A. Powell. (aaa, Court Staff) (Filed on 2/26/2008) (Entered: 02/27/2008) |
| 02/29/2008 | 56 | Memorandum in Opposition re 54 MOTION to Vacate *Order to Mediate* filed byRobert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc.. (Attachments: # 1 Affidavit Declaration of Robert Trent Jones, Jr. in Support of Plaintiffs' Opposition to Defendant's Motion to Vacate Order to Mediate)(Kucala, Joseph) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/05/2008 | 57 | NOTICE OF APPEAL as to 50 Order on Motion for Preliminary Injunction, by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc. Filing fee $ 455.00, receipt number 34611016612. (aaa, Court Staff) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/05/2008 | 58 | PLAINTIFFS' REPRESENTATION STATEMENT by Robert Trent Jones Licensing Group, LLC, Robert Trent Jones II, Inc. (aaa, Court Staff) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/05/2008 | | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT. (aaa, Court Staff) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/05/2008 | 59 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 57 Notice of Appeal (aaa, Court Staff) (Filed on 3/5/2008) (aaa, Court Staff). (Entered: 03/06/2008) |
| 03/05/2008 | 60 | Copy of 57 Notice of Appeal and Docket sheet mailed to all counsel without an e-mail address and to the Ninth Circuit Court of Appeals (aaa, Court Staff) (Filed on 3/5/2008) (Entered: 03/06/2008) |