# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____

U.S. District Court Case No. 07-CV-4913

Short Case Title  Robert Trent Jones II, Inc. et al. v. GFSI, Inc. et al.

Date Notice of Appeal Filed by Clerk of District Court  03/05/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 01/24/08 | Katherine Powell | Other: Motion for Preliminary Injunction |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. The transcript was previously ordered by Plaintiffs and was filed by the Court Reporter on February 26, 2008.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant - Plaintiffs

Joseph T. Kucala, Jr. (pro hac vice)
Norvell IP LLC
1776 Ash Street
Northfield, IL 60093
630-453-8380  / jkucala@norvellip.com

Date Transcript Ordered March 12, 2008

Signature Attorney/Pro Per Litigant - Plaintiffs

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

PROOF OF SERVICE

I hereby certify that a true copy of the foregoing TRANSCRIPT DESIGNATION AND ORDERING FORM has been served via electronic mail and U.S. postal mail, first class postage prepaid, addressed to the following individuals/entities:

Katherine Powell
Official Reporter
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor Room 6782
San Francisco, CA 94102
Katherine_Powell@cand.uscourts.gov

Jennifer A. Jackson
BRYAN CAVE LLP
1200 Broadway, Suite 200
Santa Monica, CA 90401
Telephone: 310 576-2100
Facsimile: 310 576-2200
jjackson@bryancave.com

Robert J. Hoffman (*pro hac vice*)
Tarun Mehta (*pro hac vice*)
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Telephone: 816-374-3200
Facsimile: 816-374-3300
Tarun.mehta@bryancave.com

Dated: March 12, 2008

PROOF OF SERVICE

1