**BRYAN CAVE LLP**
Jennifer A. Jackson (SBN 192998)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
jjackson@bryancave.com

**BRYAN CAVE LLP**
Robert J. Hoffman (*Pro Hac Vice*)
Tarun Mehta (*Pro Hac Vice*)
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone:  (816) 374-3200
Facsimile :  (816) 374-3300

Attorneys for Defendant
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC., and ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.,<br><br>Defendant. | Case No. C07-04913-SC<br><br>**PROPOSED ORDER GRANTING GFSI, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIM**<br><br>Date: May 23, 2008<br>Time: 10 a.m.<br>Judge: Samuel Conti<br>Courtroom 1 |

## **ORDER**

Pursuant to Federal Rules of Civil Procedure 13(f) and 15(a), this Court, for good cause shown, has reviewed Defendant GFSI, Inc., d/b/a Gear For Sports, Inc. ("GFSI")'s Motion to Amend their Answer and add a Counterclaim in response to the Complaint filed by Plaintiffs Robert Trent Jones II, Inc., and Robert Trent Jones Licensing Group, LLC.

KC01DOCS\900171.1

1  This Court finds that no prejudice will be caused to Plaintiffs by the granting of this
2  Motion and it is therefore granted.

_____
The Hon. Samuel Conti
U.S. District Court Judge

Dated:_____

KC01DOCS\900171.1                                     2