

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT TRENT JONES II, INC.; ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>Plaintiffs - Appellants<br><br>v.<br><br>GFSI, INC., d/b/a Gear For Sports, Inc.,<br><br>Defendant - Appellee | No. 08-15505  07-4913 SC<br><br>D.C. No. 07-CV-049130-SC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The appeal filed March 5, 2008 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days of the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule is set as follows: the opening brief is due not later than April 2, 2008; the answering brief is due April 30, 2008, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b). If

rb/MOATT

08-15505

appellant fails to file timely the opening brief, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

        FOR THE COURT:

        Molly Dwyer
        Acting Clerk of Court

        By: Raejean Battin
        Motions Attorney/Deputy Clerk
        9th Cir. R. 27-7
        General Orders/Appendix A

1/25/08

# NINTH CIRCUIT NOTICE
## REGARDING IMPLEMENTATION OF CM/ECF

The United States Court of Appeals for the Ninth Circuit will begin implementation of the appellate version of a new case management system, CM/ECF (case management/electronic case files) on March 3, 2008. In CM/ECF, participants in a case can provide the clerk with an e-mail address and agree to receive an electronic "Notice of Docket Activity" (NDA) when the court takes an action in a case. If counsel or parties have not provided the clerk with such an agreement and correct e-mail address, their copies of the court's orders, calendars, opinions or other notices will be mailed to their physical address through the U.S. Postal Service. Users may specify multiple e-mail addresses for their notices. In order to provide the court with a correct e-mail address and register for electronic noticing, please complete the registration form at: http://www.ca9.uscourts.gov/ca9/cmecf.nsf/CMECF?OpenPage

The Notice of Docket Activity (NDA), which is e-mailed to users, contains a link to the order, opinion or other notice generated by the court. Users must click on this link in order to retrieve their copy of the document. There is no charge for this access. Please note, however, that like the bankruptcy and district court systems, this is the case participant's "one free look" at the document, and recipients of the NDA should download the document if they wish to keep a permanent copy and avoid future charges for reviewing the document. An $.08/page fee ($2.40 cap per document) is charged for subsequent access to the document or expanded access to the docket. A PACER login and password can be obtained at http://pacer.psc.uscourts.gov/. **Filtering software on counsel's computers and servers must be set so that it does not block delivery** of e-mail from ca9_ecfnoticing@ca9.uscourts.gov (new e-mail address for CM/ECF noticing purposes only - do not send e-mail messages to this address).

The Court plans to implement full electronic case filing (ECF) sometime this summer. Additional details about the program will be provided on this website and through e-mail messages to attorneys. Training modules for electronic filing will be provided on this website prior to the implementation of electronic filing.