UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT TRENT JONES II, INC., and ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GFSI, INC., d/b/a GEAR FOR SPORTS, INC.,<br><br>　　　　Defendant. | No. 07-4913 SC<br><br>ORDER STAYING CASE |

　　Plaintiffs moved the Court to issue a preliminary injunction, which the court denied. Docket No. 50. Plaintiffs appealed that order. Docket No. 57.

　　The Court hereby STAYS this case pending the appeal.

　　The Court GRANTS Defendant's Motion to Vacate the Order of Mediation. See Docket No. 54.

　　The Court VACATES the hearing date for Defendant's Motion for Leave to File an Amended Answer and Counterclaim. See Docket No. 63. The Court further VACATES the trial date and the pre-trial conference date. The parties shall contact the Court to schedule a Status Conference no later than 30 days following Court of Appeals' ruling. Defendant may re-notice its motion at that time.

　　IT IS SO ORDERED.

　　March 19, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE