Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jkucala@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendant. | Case No. 07-CV-04913-SC<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>**Judge Samuel Conti** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group, LLC, (collectively, "Plaintiffs"), and Defendant, GFSI, Inc. d/b/a Gear for Sports, Inc. ("Defendant"), through their

1  undersigned counsel in this matter, that this action, including all claims and counter-claims, is
2  dismissed with prejudice in its entirety pursuant to Rule 41 of the Federal Rules of Civil
3  Procedure. Each party has agreed to bear its own costs and attorneys' fees. The Court retains
4  jurisdiction of this matter for purposes of taking any action needed to enforce the terms of the
5  Settlement Agreement between the parties.

Dated: July 8, 2004

| | |
|---|---|
| Richard E. Levine (SB #88729) | Jennifer A. Jackson |
| LEVINE & BAKER LLP | BRYAN CAVE LLP |
| One Maritime Plaza, Suite 400 | 1200 Broadway, Suite 200 |
| San Francisco, CA 9411 | Santa Monica, CA 90401 |
| Telephone: 415-391-8177 | Telephone: 310-576-2100 |
| Facsimile: 415-391-8488 | Facsimile: 310-576-220 |
| rlevine@levinebakerlaw.com | jjackson@bryancave.com |
| | |
| Joseph V. Norvell (*pro hac vice*) | Robert J. Hoffman |
| Joseph T. Kucala (*pro hac vice*) | Tarun Mehta |
| Jay M. Burgett (*pro hac vice*) | BRYAN CAVE LLP |
| NORVELL IP LLC | 3500 One Kansas City Place |
| 1776 Ash Street | 1200 Main Street |
| Northfield, IL 60093 | Kansas City, MO 64105 |
| Telephone: 847-809-2212 | Telephone: 816-374-3200 |
| Facsimile: 312-268-5063 | Facsimile: 816-374-3300 |
| jkucala@norvellip.com | Tarun.mehta@bryancave.com |
| | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
| ROBERT TRENT JONES II, INC. AND | GFSI, INC. D/B/A GEAR FOR SPORTS, |
| ROBERT TRENT JONES LICENSING | INC. |
| GROUP, LLC | |

SO ORDERED ON THIS 14th DAY OF JULY, 2008.

_____
Senior Judge Samuel Conti
United States District Court

**STIPULATED ORDER OF DISMISSAL**

2