Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 809-2212
Facsimile: (312) 268-5063
jkucala@norvellip.com

Attorneys for Plaintiffs
ROBERT TRENT JONES II, INC.
ROBERT TRENT JONES LICENSING GROUP, LLC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT TRENT JONES II, INC. and ROBERT TRENT JONES LICENSING GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GFSI, INC. d/b/a GEAR FOR SPORTS, INC.<br><br>Defendant. | Case No. 07-CV-04913-SC<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>**Judge Samuel Conti** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties Plaintiffs, Robert Trent Jones II, Inc. and Robert Trent Jones Licensing Group, LLC, (collectively, "Plaintiffs"), and Defendant, GFSI, Inc. d/b/a Gear for Sports, Inc. ("Defendant"), through their

undersigned counsel in this matter, that this action, including all claims and counter-claims, is dismissed with prejudice in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party has agreed to bear its own costs and attorneys' fees. The Court retains jurisdiction of this matter for purposes of taking any action needed to enforce the terms of the Settlement Agreement between the parties.

Dated: July 8, 2008

Richard E. Levine (SB #88729)
LEVINE & BAKER LLP
One Maritime Plaza, Suite 400
San Francisco, CA 9411
Telephone: 415-391-8177
Facsimile: 415-391-8488
rlevine@levinebakerlaw.com

Joseph V. Norvell (*pro hac vice*)
Joseph T. Kucala (*pro hac vice*)
Jay M. Burgett (*pro hac vice*)
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: 847-809-2212
Facsimile: 312-268-5063
jkucala@norvellip.com

ATTORNEYS FOR PLAINTIFFS
ROBERT TRENT JONES II, INC. AND
ROBERT TRENT JONES LICENSING
GROUP, LLC

Jennifer A. Jackson
BRYAN CAVE LLP
1200 Broadway, Suite 200
Santa Monica, CA 90401
Telephone: 310-576-2100
Facsimile: 310-576-220
jjackson@bryancave.com

Robert J. Hoffman
Tarun Mehta
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Telephone: 816-374-3200
Facsimile: 816-374-3300
Tarun.mehta@bryancave.com

ATTORNEYS FOR DEFENDANT
GFSI, INC. D/B/A GEAR FOR SPORTS,
INC.

SO ORDERED ON THIS 17th DAY OF JULY, 2008.

IT IS SO ORDERED
Judge Samuel Conti

Senior
United

STIPULATED ORDER OF DISMISSAL
2