FILED

JUL 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT TRENT JONES II, INC.; ROBERT TRENT JONES LICENSING GROUP, LLC,<br><br>Plaintiffs - Appellants<br><br>v.<br><br>GFSI, INC., DBA Gear For Sports, Inc.,<br><br>Defendant - Appellee | No. 08-15505<br><br>D.C. No. 07-CV-049130-SC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

pws/Mediation