**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 25, 2008

CASE NUMBER:   **CV 07-04913 SC**
CASE TITLE:   **ROBERT TRENT JONES II INC.-v- GFSI INC.**
DATE MANDATE FILED:   07/22/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Susan Imbriani
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

   CRIMINAL   -   Counsel of Record
         U.S. Marshal (Copy of Mandate)
         U.S. Probation Office

NDC App-16